UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARLON QUAN, ACORN CAPITAL GROUP, LLC AND STEWARDSHIP INVESTMENT ADVISORS, LLC,<br><br>Defendants,<br><br>and<br><br>ASSET BASED RESOURCE GROUP, LLC AND FLORENE QUAN,<br><br>Relief Defendants. | Civil No. 11-723 ADM/JSM<br><br>**STIPULATION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO THE COMPLAINT** |

_____

Defendants Marlon Quan, Acorn Capital Group, LLC, and Stewardship Investment Advisors, LLC, and Relief Defendant Florene Quan, by and through their undersigned counsel, and Plaintiff United States Securities and Exchange Commission, by and through its undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the parties have agreed that there is good reason to extend the deadline to answer or otherwise respond to Plaintiff's Complaint to May 27, 2011, so that Defendants and Relief Defendant have a full and fair opportunity to fully respond.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1.  Defendants Marlon Quan, Acorn Capital Group, LLC, and Stewardship Investment Advisors, LLC, and Relief Defendant Florene Quan, without waiver of any

defenses, shall have through and including May 27, 2011 to answer or otherwise respond to Plaintiff's Complaint.

    2.    The parties stipulate to the entry of an appropriate order so providing.

Dated: April 26, 2011

/s John E. Birkenheier
John E. Birkenheier
C.J. Kerstetter
Sally J. Hewitt
U.S. Securities and Exchange Commission
Chicago Regional Office
175 Jackson Boulevard West, Suite 900
Chicago, IL 60604-2615
(312) 353-7435
birkenheierj@sec.gov
kerstetterc@sec.gov
hewitts@sec.gov

James Alexander
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
(Local counsel)

Attorneys for Plaintiff United States Securities and Exchange Commission

Dated: April 26, 2011

           <u>/s Thomas J. Radio</u>
           Thomas J. Radio, Reg. No. 137029
           Hinshaw & Culbertson LLP
           2000 Accenture Tower
           333 South Seventh Street
           Minneapolis, MN 55402
           (612) 333-3434
           tradio@hinshawlaw.com

           Bruce E. Coolidge (#278952)
           Wilmer Cutler Pickering Hale and Dorr LLP
           1875 Pennsylvania Avenue, N.W.
           Washington, DC 20006
           (202) 663-6376
           bruce.coolidge@wilmerhale.com
           (admitted *pro hac vice*)

           Brian R. Michael (#240560)
           Wilmer Cutler Pickering Hale and Dorr LLP
           350 South Grand Avenue, Suite 2100
           Los Angeles, CA 90071
           (213) 443-5374
           brian.michael@wilmerhale.com
           (admitted *pro hac vice*)

           Attorneys for Defendants Marlon Quan, Acorn
           Capital Group, LLC, and Stewardship Investment
           Advisors, LLC, and Relief Defendant Florene Quan