UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARLON QUAN, ACORN CAPITAL GROUP, LLC AND STEWARDSHIP INVESTMENT ADVISORS, LLC,<br><br>Defendants,<br><br>and<br><br>ASSET BASED RESOURCE GROUP, LLC AND FLORENE QUAN,<br><br>Relief Defendants. | Civil No. 11-723 ADM/JSM<br><br>ORDER GRANTING EXTENSION TO MOVE, ANSWER, OR OTHERWISE RESPOND TO THE COMPLAINT |

_____

Based upon the Stipulation to Extend Time to Move, Answer, or Otherwise Respond to the Complaint (Doc. No. 49), entered into by the parties,

IT IS HEREBY ORDERED that Defendants Marlon Quan, Acorn Capital Group, LLC, and Stewardship Investment Advisors, LLC, and Relief Defendant Florene Quan, without waiver of any defenses, shall have through and including May 27, 2011, to answer or otherwise respond to the Complaint filed by Plaintiff United States Securities and Exchange Commission in this matter.

Dated:  April 27, 2011            BY THE COURT:


                                  *s/ Janie S. Mayeron*
                                  The Honorable Janie S. Mayeron
                                  United States Magistrate Judge


121280644v1 7048395