## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>    Plaintiff,<br><br>v.<br><br>Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC,<br><br>    Defendants,<br>and<br><br>Asset Based Resource Group, LLC and Florene Quan,<br><br>    Relief Defendants. | Civil Action No.: 11-CV-723-ADM-JSM<br><br><br><br>**ASSET BASED RESOURCE GROUP, LLC'S RULE 7.1 CORPORATE DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, Relief Defendant Asset Based Resource Group, LLC ("ABRG"), by and through its undersigned counsel, hereby makes the following disclosure to the Court and opposing counsel:

ABRG hereby states that it is a privately held limited liability company organized under the state of Connecticut and does not have a parent company. No publicly held corporation owns any stock of ABRG.

Dated: May 9, 2011        WINTHROP & WEINSTINE

                 By: s/Michael A. Rosow
                   Daniel C. Beck, #192053
                   Thomas H. Boyd, #0200517
                   Michael A. Rosow, #317998
                   225 South Sixth Street, Suite 3500
                   Minneapolis, Minnesota 55402
                   (612) 604-6400
                   dbeck@winthrop.com
                   tboyd@winthrop.com
                   mrosow@winthrop.com
                   **Attorneys for Relief Defendant Asset Based Resource Group, LLC**