UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARLON QUAN, ACORN CAPITAL GROUP, LLC and STEWARDSHIP INVESTMENT ADVISORS, LLC,<br><br>Defendants,<br><br>and<br><br>ASSET BASED RESOURCE GROUP, LLC and FLORENE QUAN,<br><br>Relief Defendants. | Civil No. 11-723 ADM/JSM<br><br>RULE 7.1 CORPORATE DISCLOSURE OF DEFENDANTS ACORN CAPITAL GROUP, LLC AND STEWARDSHIP INVESTMENT ADVISORS, LLC |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, by and through the undersigned counsel, hereby make the following disclosure to the Court and opposing counsel:

Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC hereby state that they are privately held limited liability companies organized under the state of Delaware and that neither has a parent company. No publicly held corporation owns any stock of either Acorn Capital Group, LLC or Stewardship Investment Advisors, LLC.

Respectfully submitted,

Dated:  June 1, 2011

s/ Thomas J. Radio
Thomas J. Radio (#137029)
Hinshaw & Culbertson LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 334-2653
tradio@hinshawlaw.com

Bruce E. Coolidge (#278952)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6376
bruce.coolidge@wilmerhale.com
(admitted *pro hac vice*)

Brian R. Michael (#240560)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5374
brian.michael@wilmerhale.com
(admitted *pro hac vice*)

*Attorneys for Defendants Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC*