UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| MARLON QUAN, ACORN CAPITAL GROUP, LLC and STEWARDSHIP INVESTMENT ADVISORS, LLC, | : CERTIFICATE OF SERVICE OF : PROPOSED ORDER : 0:11-cv-723-ADM-JSM |
| Defendants, | : |
| and | : |
| ASSET BASED RESOURCE GROUP, LLC, and FLORENE QUAN, | : |
| Relief Defendants. | : |

I hereby certify that on July 5, 2011, I caused the following proposed order:

> Order Releasing Certain Funds to Nigel Chatterjee, the Court-Appointed Liquidator for Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd.

To be filed with the court via email to the following judge who is hearing the matter:

Judge Ann D. Montgomery, montgomery_chambers@mnd.uscourts.gov

And I certify that I caused a copy of the proposed order to be emailed to the following counsel for the Defendants and Relief Defendants and for the Intervenor, the Liquidator of the Stewardship Credit Arbitrage Fund, Ltd.:

<u>Counsel for Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC and Relief Defendant Florene Quan</u>:  Brian R. Michael at brian.michael@wilmerhale.com; Bruce E. Coolidge at bruce.coolidge@wilmerhale.com; Paul Winke@paul.winke@wilmerhale.com; Thomas J. Radio at tradio@hinshawlaw.com;

<u>Counsel for Asset Based Resource Group, LLC</u>:  Michael A. Rosow at mrosow@winthrop;com; Geoffrey P. Jarpe at gjarpe@winthrop.com, Thomas Boyd at tboyd@winthrop.com; Daniel Beck at dbeck@winthrop.com; Sofia A. Estrellado at sestrellado@winthrop.com

<u>Counsel for Intervenor</u>:  Charles A. Dale, III at chad.dale@klgates.com; Mackenzie L. Shea at mackenzie.shea@klgates.com; Nicholas J. Eugster at neugster@messerlikramer.com; John Harper III at jharper@messerlikramer.com

        Respectfully submitted,

        s/ Sally Hewitt_____
        Sally J. Hewitt
        Attorney for Plaintiff
        U.S. Securities and Exchange Commission
        175 W. Jackson Blvd., Suite 900
        Chicago, IL  60604
        T: (312) 353-7390; F: (312) 353-7398