# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES SECURITIES | : | |
| AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | 0:11-cv-00723-ADM-JSM |
| MARLON QUAN, ACORN CAPITAL | : | |
| GROUP, LLC and STEWARDSHIP | : | |
| INVESTMENT ADVISORS, LLC, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| ASSET BASED RESOURCE GROUP, | : | |
| LLC and FLORENE QUAN, | : | |
| | : | |
| Relief Defendants | : | |
| | : | |
| and | : | |
| | : | |
| NIGEL CHATTERJEE, COURT- | : | |
| APPOINTED LIQUIDATOR OF | : | |
| STEWARDSHIP CREDIT | : | |
| ARBITRAGE FUND, LTD., PUTNAM | : | |
| GREEN, LTD., AND SCAF I, LTD. | : | |
| | : | |
| Intervenor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER RELEASING CERTAIN FUNDS TO NIGEL CHATTERJEE, THE
COURT-APPOINTED LIQUIDATOR FOR STEWARDSHIP CREDIT
ARBITRAGE FUND, LTD., PUTNAM GREEN, LTD., AND SCAF I, LTD.**

This matter came before the Court on July 18, 2011 for hearing on the Stipulation (the "Stipulation") for Entry of a Consent Order by and between the United States Securities and Exchange Commission, Intervenor, Nigel Chatterjee, in his capacity as the court-appointed liquidator (the "Bermuda Liquidator") for Stewardship Credit Arbitrage Fund, Ltd. ("SCAF, Ltd.") and its wholly-owned subsidiaries Putnam Green, Ltd. ("PG, Ltd.") and SCAF I, Ltd. ("SCAF I" and collectively with SCAF, Ltd. and PG, Ltd., the "Offshore Funds") and Relief Defendant Asset Based Resource Group, LLC ("ABRG") (Docket No. 58) entered into by the parties.  No objections to the Stipulation were filed or raised at the hearing.  Based upon the Stipulation,

IT IS HEREBY ORDERED that:

1.     From the Existing Settlement Funds,[1] ABRG shall pay the Bermuda Liquidator the amount of $11,690,636.50 within three (3) business days following the entry of this Order.

2.     The Bermuda Liquidator, on behalf of himself and the Offshore Funds, hereby relinquishes any and all right, title, and interest in and to the remaining Existing Settlement Funds of $6,934,090.89 in the Escrow Account.

3.     The Offshore Funds' share of all future payments arising under or in connection with the Settlement Agreement with the Petters Entities shall be established in accordance with the percentages set forth below:

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

| Settlement Proceeds | Noteholder Percentages | | | | |
|---|---|---|---|---|---|
| | SCAF, Ltd. | PG, Ltd. | SCAF I, Ltd. | | Total |
| Polaroid Corporation/PAC Funding LLC | 18.6669% | 37.5334% | 5.1841% | 38.6156% | 100.0000% |
| Petters Aviation, LLC | 88.8691% | 0.0000% | 0.0000% | 11.1309% | 100.0000% |
| Petters Aircraft Leasing, LLC | 45.7393% | 0.0000% | 0.0000% | 54.2607% | 100.0000% |

4.      The Offshore Funds' share of all future payments arising under or in connection with the Settlement Agreement with the Petters Entities shall be distributed by ABRG to the Bermuda Liquidator within three (3) business days of their receipt.

5.      The SEC shall not seek to restrain, limit, or condition any future payments to which the Bermuda Liquidator is entitled under the Settlement Agreement with the Petters Entities or any amounts recovered or payable from the bankruptcy estates of Ralph Esmerian, Inc. and Ralph Esmerian.

6.      Upon the entry of this Order by the Court, the Bermuda Liquidator shall be dismissed as an Intervenor in this case, provided, however, the Bermuda Liquidator shall continue to respond to discovery requests in this case and shall continue to cooperate with such reasonable requests for information as the SEC or any

other party may make.

Dated: July 18, 2011                                   s/Ann D. Montgomery

                                                      _____

                                                      Hon. Ann D. Montgomery
                                                      United States District Court