## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 11-cv-00723 |
| | : Hon. Ann Montgomery |
| **MARLON QUAN, ACORN CAPITAL GROUP, LLC** and **STEWARDSHIP INVESTMENT ADVISORS, LLC,** | : |
| Defendants, | : |
| and | : |
| **ASSET BASED RESOURCE GROUP**, **LLC** and **FLORENE QUAN,** | : |
| Relief Defendants. | : |

## **NOTICE OF HEARING**

Please take notice that on December 12, 2011 at 1:30 p.m., or as soon thereafter as counsel may be heard, the Honorable Judge Ann D. Montgomery, Courtroom 13 West, United States Courthouse, Minneapolis, Minnesota, will hear the Agreed Motion to Freeze Certain Assets Paid to SCAFA LLC from the Bankruptcy Estate of Ralph Esmerian and his Affiliated Entities.

Respectfully submitted,

s/ Sally J. Hewitt

|  |  |
|---|---|
| November 9, 2011 | Sally J. Hewitt<br>One of the Attorneys for Plaintiff<br>U.S. Securities and Exchange Commission<br>175 W. Jackson Boulevard, Suite 900<br>Chicago, IL  60604<br>(312) 886-0819<br>hewitts@sec.gov |