UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

------------------------------ x
:
UNITED STATES SECURITIES :
AND EXCHANGE COMMISSION, :
:
Plaintiff, :
v. : **CERTIFICATE OF SERVICE OF**
: **CONVENTIONALLY FILED**
MARLON QUAN, ACORN CAPITAL : **DOCUMENTS**
GROUP, LLC and STEWARDSHIP :
INVESTMENT ADVISORS, LLC, : No. 11-cv-00723-ADM-JSM
:
Defendants, :
:
and :
:
ASSET BASED RESOURCE GROUP, :
LLC and FLORENE QUAN, :
:
Relief Defendants :
:
------------------------------ x

I hereby certify that on November 9, 2011, I caused the Agreed Motion to Freeze Certain Assets Paid to SCAF LLC from the Bankruptcy Estate of Ralph Esmerian and his Affiliated Entities to be filed conventionally with the Clerk of Court in accordance with Section IX of the Civil ECF Guide and that I caused a copy of the foregoing documents and the notice of electronic filing of the applicable placeholder to be mailed by first class mail, postage paid, to Sean Southard, Esq. Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, NY 10018-6314, as counsel for SCAF LLC in the Bankruptcy Proceedings of the Esmerian Debtors.

Dated: November 9, 2011                    s/ Sally Hewitt
                                           Sally J. Hewitt