# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, <br>                  Plaintiff, <br> v. <br><br> Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, <br>                  Defendants, <br> and <br><br> Asset Based Resource Group, LLC and Florene Quan, <br><br>                  Relief Defendants <br> and <br><br> Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd., <br><br>                  Intervenor. | Civil Action <br> 0:11-cv-723-ADM-JSM <br><br><br><br><br> **MOTION FOR LEAVE TO DEPOSIT FUNDS WITH THE COURT AND TO DISMISS ASSET BASED RESOURCE GROUP, LLC AS A RELIEF DEFENDANT** |

Pursuant to Rules 8(a), 12(b) and 67 of the Federal Rules of Civil Procedure and Rule 67.1 of the Local Rules of the United States District Court for the District of Minnesota and other applicable law, Asset Based Resource Group, LLC ("ABRG") hereby moves the Court for leave to deposit funds with the Court and to dismiss ABRG as a relief defendant with prejudice. ABRG's motion is based on the file, records and proceedings herein as well as ABRG's memorandum of law, including affidavits and attached exhibits, filed herewith.

- 2 -

Dated: December 1, 2011                WINTHROP & WEINSTINE, P.A.

By:   /s/Michael A. Rosow
     Geoffrey P. Jarpe, #49761
     Daniel C. Beck, #192053
     Thomas H. Boyd, #0200517
     Michael A. Rosow, #317998

225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
gjarpe@winthrop.com
dbeck@winthrop.com
tboyd@winthrop.com
mrosow@winthrop.com

Attorneys for Asset Based Resource Group, LLC

6455373v1