**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States Securities and Exchange Commission, ) <br> ) Plaintiff, ) <br> v. ) <br> ) <br> Marlon Quan, Acorn Capital Group, LLC ) <br> and Stewardship Investment Advisors, ) <br> LLC, ) <br> Defendants, ) <br> and ) <br> ) <br> Asset Based Resource Group, LLC and ) <br> Florene Quan, ) <br> ) <br> Relief Defendants ) <br> and ) <br> ) <br> Nigel Chatterjee, Court-Appointed ) <br> Liquidator of Stewardship Credit Arbitrage ) <br> Fund, Ltd., Putnam Green, Ltd., and ) <br> SCAF I, Ltd., ) <br> ) <br> Intervenor. ) | Civil Action <br> 0:11-cv-723-ADM-JSM <br><br><br> **NOTICE OF HEARING FOR MOTION FOR LEAVE TO DEPOSIT FUNDS WITH THE COURT AND TO DISMISS ASSET BASED RESOURCE GROUP, LLC AS A RELIEF DEFENDANT** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on **December 15, 2011, at 10:30 a.m.** (CST) before the Honorable Ann D. Montgomery, Judge of the United States District Court, U.S. Courthouse, 300 South Fourth Street, Suite 13W, Minneapolis, MN 55415, Asset Based Resource Group, LLC ("ABRG"), will move for leave to deposit funds with the Court and dismiss ABRG as a relief defendant with prejudice.

2

| | |
|---|---|
| Dated: December 1, 2011 | WINTHROP & WEINSTINE, P.A. |
| | By:   /s/Michael A. Rosow |
| | Geoffrey P. Jarpe, #49761 |
| | Daniel C. Beck, #192053 |
| | Thomas H. Boyd, #0200517 |
| | Michael A. Rosow, #317998 |
| | |
| | 225 South Sixth Street, Suite 3500 |
| | Minneapolis, Minnesota 55402 |
| | (612) 604-6400 |
| | gjarpe@winthrop.com |
| | dbeck@winthrop.com |
| | tboyd@winthrop.com |
| | mrosow@winthrop.com |
| | |
| | Attorneys for Asset Based Resource Group, LLC |

6455283v1