# WILMERHALE

December 11, 2011

**Bruce E. Coolidge**

+1 202 663 6376(t)
+1 202 663 6363(f)
bruce.coolidge@wilmerhale.com

**By ECF**

The Honorable Ann D. Montgomery
United States District Court
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *S.E.C. v. Quan*, 11-cv-723 ADM/JSM (D. Minn.)

Dear Judge Montgomery:

I am writing to advise you that my clients Marlon and Florene Quan, Stewardship Investment Advisors LLC and Acorn Capital Group LLC support the SEC request that certain assets paid to SCAF LLC from the bankruptcy estate of Ralph Esmerian and his affiliated entities be frozen. Unless the Court wishes us to participate in the hearing scheduled for Monday, December 12, 2011, we do not intend to appear. If the court does wish to have us appear on behalf of our clients at the hearing, please advise us at your earliest convenience, and we will be available to participate in the conference by telephone.

Thank you.

Respectfully submitted,

Bruce E. Coolidge / RL

Bruce E. Coolidge

cc: John E. Birkenheier, Esq. (by ECF)
    James. S. Alexander, Esq. (by ECF)
    Michael A. Rosow, Esq. (by ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington