**Asset Based Resource Group, LLC**
**1177 High Ridge Road**
**Stamford, CT 06905**

RECEIVED

DEC 22 2011

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

December 21, 2011

Clerk of Court                                                    VIA U.S. MAIL
United States District Court
300 South Fourth Street
202 U.S. Courthouse
Minneapolis, MN 55415

Re:     SEC v. Quan, et al., No. 11-cv-723-ADM-JSM (D. Minn.)

Dear Clerk:

Pursuant to the terms of the December 15, 2011 Order Granting Motion for Leave to Deposit
Funds with the Court and to Dismiss Asset Based Resource Group, LLC as a Relief Defendant
(ECF No. 78), please be advised that on Monday, December 19, 2011 and Tuesday,
December 20, 2011 Asset Based Resource Group, LLC, a relief defendant in this action, initiated
wire transfers to the Court in the total amount of $17,149,267.12 (constituting the Remaining
Funds,[1] in the amount of $16,982,770.00,[2] plus $1,067.18 (Voltarc (A) funds), $8,102.58
(Voltarc (B) funds), $73,196.25 (Highridge funds), and $84,131.11 (Vassel Jewels LLC funds)).

Please also note that Wells Fargo Bank, N.A. has sent a check directly to the Court in the amount
of $1,793.03, constituting the amount remaining in the Segregated Account ($5.78 plus the
monthly interest accrued in the amount of $1,787.25).

Thank you for your attention to this matter.

Very truly yours,

ASSET BASED RESOURCE GROUP, LLC

Mark Sullivan

SCANNED

DEC 22 2011

U.S. DISTRICT COURT MPLS

---

[1] All capitalized terms not defined herein shall be used as defined in Asset Based Resource
Group, LLC's memorandum of law in support of its motion. (See ECF No. 72.)
[2] Wells Fargo Bank, N.A. required a nominal amount to remain in the Segregated Account in
order to credit the account for interest earned to date.

cc: Thomas Radio (via e-mail) tradio@hinshawlaw.com

Brian Michael (via email) brian.michael@wilmerhale.com

Bruce Coolidge (via e-mail) bruce.coolidge@wilmerhale.com

Tim Leiman (via e-mail) LeimanT@sec.gov

John Birkenheier (via e-mail) birkenheierj@sec.gov

Chad Dale (via e-mail) chad.dale@klgates.com

John Harper, III (via e-mail) jharper@messerlikramer.com

Mackenzie Shea (via e-mail) mackenzie.shea@klgates.com

Nicholas Eugster (via e-mail) neugster@messerlikramer.com

Dan Beck (via e-mail) dbeck@winthrop.com

Geoffrey Jarpe (via e-mail) gjarpe@winthrop.com

Michael Rosow (via e-mail) mrosow@winthrop.com

Tomas Boyd (via e-mail) tboyd@winthrop.com

Sofia Estrellado (via e-mail) sestrellado@winthrop.com

6535484v2