**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States Securities and Exchange Commission, <br><br> Plaintiff, <br><br> v. <br><br> Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, <br><br> Defendants, <br> and <br><br> Asset Based Resource Group, LLC and Florence Quan, <br><br> Relief Defendants. | Civil Action No.: 11-CV-723-ADM-JSM <br><br><br><br><br><br><br><br><br><br> **AFFIDAVIT OF COMPLETION** <br> **BY MARK SULLIVAN** |

STATE OF CONNECTICUT ) 
                                ) ss.
COUNTY OF FAIRFAX     )

I, Mark Sullivan, being first duly sworn upon oath, state and allege as follows:

1. I am a member of Asset Based Resource Group, LLC ("ABRG").

2. I submit this Affidavit in connection with the Order Granting Motion for Leave to Deposit Funds with the Court and to Dismiss ABRG as a Relief Defendant issued by the United States District Court for the District of Minnesota (the "Court") on December 15, 2011 (the "Prior Order"). [ECF No. 78.]

3. On December 19, 2011 ABRG initiated a wire transfer to the Court of the Remaining Funds,[1] less a nominal amount that Wells Fargo Bank, N.A. requested remain in the Segregated Account in order to credit the account for interest earned to date. On December 20, 2011, Wells Fargo Bank, N.A. issued a check and sent the same directly to the Court for an amount constituting the nominal amount remaining in the Segregated Account, plus interest earned through December 19, 2011. As of the close of business on December 20, 2011, ABRG had complied with paragraph 2 of the Prior Order.

4. ABRG distributed or deposited with the Court the following Non-Petters Funds:

   a. On December 20, 2011, ABRG initiated wire transfers of the Voltarc funds pursuant to paragraphs 3a and 3b of the Prior Order.

   b. On December 19, 2011, ABRG initiated wire transfers of the Highridge funds pursuant to paragraph 3c of the Prior Order.

   c. On December 20, 2011 ABRG initiated wire transfers of the Vassel Jewels LLC funds pursuant to paragraph 3d of the Prior Order.

---

[1] All capitalized terms not defined herein shall be used as defined in the Memorandum of Law in Support of Motion for Leave to Deposit Funds with the Court and to Dismiss Asset Based Resource Group, LLC as a Relief Defendant. [*See* ECF No. 72.]

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Mark Sullivan*

Subscribed and sworn to before me
this 29 day of December, 2011.

_____
Notary Public

6549040v1

Patricia M Perrotta
Notary Public-Connecticut
My Commission Expires
January 31, 2012

3