**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States Securities and Exchange Commission, ) | Civil Action No.: 11-CV-723-ADM-JSM |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, ) ) | |
| ) | |
| Defendants, ) | |
| and ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Asset Based Resource Group, LLC and Florence Quan, ) ) | |
| ) | |
| Relief Defendants. ) ) ) | |

I hereby certify that on December 30, 2011, I caused the proposed ORDER DISMISSING ASSET BASED RESOURCE GROUP, LLC AS A RELIEF DEFENDANT to be filed with the court via email to the following judge who is hearing the motion:

    Judge Montgomery
    montgomery_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

**James S Alexander**
jim.alexander@usdoj.gov,Andrea.Kyllonen@usdoj.gov,carla.kohl@usdoj.gov,Alexandra.McWhorter@usdoj.gov
**Daniel C Beck**
dbeck@winthrop.com,tcooke@winthrop.com
**John E Birkenheier**
birkenheierj@sec.gov,nicholsl@sec.gov,HillY@sec.gov
**Thomas H Boyd**
tboyd@winthrop.com,emulvaney@winthrop.com
**Bruce E Coolidge**
bruce.coolidge@wilmerhale.com
**Charles A Dale , III**
chad.dale@klgates.com,bobankruptcyecf@klgates.com
**Sofia A Estrellado**
sestrellado@winthrop.com,lmertz@winthrop.com

**Nicholas J Eugster**
neugster@messerlikramer.com,nkuhnly@messerlikramer.com
**John Harper , III**
jharper@messerlikramer.com,kmagney@messerlikramer.com
**Sally J Hewitt**
hewitts@sec.gov
**Geoffrey P Jarpe**
gjarpe@winthrop.com,charrigan@winthrop.com
**Charles J Kerstetter**
kerstetterc@sec.gov
**Brian R Michael**
brian.michael@wilmerhale.com,paul.winke@wilmerhale.com,whmao@wilmerhale.com
**Thomas J Radio**
tradio@bestlaw.com,cclose@bestlaw.com
**Michael A Rosow**
mrosow@winthrop.com,tcooke@winthrop.com,lvillegas@winthrop.com
**Mackenzie L Shea**
mackenzie.shea@klgates.com,bobankruptcyecf@klgates.com

Dated:  December 30, 2011     WINTHROP & WEINSTINE

By: s/Michael A. Rosow
    Daniel C. Beck, #192053
    Thomas H. Boyd, #0200517
    Michael A. Rosow, #317998

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota  55402
(612) 604-6400
dbeck@winthrop.com
tboyd@winthrop.com
mrosow@winthrop.com

Attorneys for Relief Defendant Asset Based Resource Group, LLC

5964708v1