# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | Civil Action 0:11-cv-723-ADM-JSM |
| Plaintiff, | |
| v. | |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, | **ORDER DISMISSING ASSET BASED RESOURCE GROUP, LLC AS A RELIEF DEFENDANT** |
| Defendants, | |
| and | |
| Asset Based Resource Group, LLC and Florene Quan, | |
| Relief Defendants | |
| and | |
| Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd., | |
| Intervenor. | |

This matter came before the undersigned United States District Judge in connection with the Order Granting Motion for Leave to Deposit Funds with the Court and to Dismiss Asset Based Resource Group, LLC as a Relief Defendant issued by the undersigned on December 15, 2011 (the "Prior Order") [ECF No. 78], the Affidavit of Completion by Michael A. Rosow (the "Rosow Affidavit") [ECF No. 80] and the Affidavit of Completion by Mark Sullivan [ECF No. 81] (collectively, the affidavits are the "Affidavits of Completion"). Based on the Prior Order, the Affidavits of Completion

and all the files and proceedings herein, the Court makes the following FINDINGS OF FACT:

1. ABRG has deposited the Remaining Funds[1] with the Court pursuant to paragraph 2 of the Prior Order.

2. ABRG distributed or deposited with the Court the Non-Petters Funds pursuant to paragraph 3 of the Prior Order.

3. ABRG has made all necessary arrangements to ensure that any payments from (i) Douglas A. Kelley ("Kelley"), in his capacity as receiver for Petters Aircraft Leasing, LLC ("PAL"), and (ii) Petters Aviation, LLC that would be payable to ABRG for the benefit of the Onshore Funds will be paid into the registry of the Court pursuant to paragraph 4 of the Prior Order. These arrangements are evidenced by:

    a. The Evidence of Transfer of Claim filed with the Bankruptcy Court in *In re Petters Aviation, LLC*, Bankr. Court No. 08-bk-45136 (RJK) [ECF No. 440] attached to the Rosow Affidavit as Exhibit A;

    b. The delivery of the Notice of Transfer to Jay Salmen attached to the Rosow Affidavit as Exhibit B; and

    c. The delivery of the Notice of Transfer to Kelley in his capacity as Receiver for PAL attached to the Rosow Affidavit as Exhibit C.

---

[1] All capitalized terms not defined herein shall be used as defined in the Memorandum of Law in Support of Motion for Leave to Deposit Funds with the Court and to Dismiss Asset Based Resource Group, LLC as a Relief Defendant. [See ECF No. 72.]

4. Paragraph 7 of the Prior Order requires ABRG to be dismissed from this action with prejudice following the receipt of funds identified in paragraphs 2 and 3 of the Prior Order and proof that the notices identified in paragraph 4 of the Prior Order were sent.

5. ABRG has completed all the tasks required of it pursuant to paragraph 7 of the Prior Order.

IT IS HEREBY ORDERED THAT:

ABRG is dismissed with prejudice.

BY THE COURT:

Dated: December 30, 2011         s/Ann D. Montgomery
_____

ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

6549079v1