UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>MARLON QUAN, ACORN CAPITAL GROUP, LLC AND STEWARDSHIP INVESTMENT ADVISORS, LLC,<br><br>        Defendants,<br><br>and<br><br>ASSET BASED RESOURCE GROUP, LLC AND FLORENE QUAN,<br><br>        Relief Defendants. | Civil No. 11-723 ADM/JSM<br><br>CERTIFICATE OF SERVICE OF PROPOSED ORDER |

I hereby certify that on January 20, 2012, I caused the following:

**(Proposed) Order Granting Motion for the Limited Release of Funds for the Defense of Stewardship Credit Arbitrage Fund, LLC Against Civil Claims**

to be filed with the court via e-mail to the following judge who is hearing the motion:

**Honorable Ann D. Montgomery**

Dated: January 20, 2012

        /s Thomas J. Radio
Thomas J. Radio (Reg. No. 137029)
Best & Flanagan LLP
225 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402
(612) 349-5680
tradio@bestlaw.com

Bruce E. Coolidge (Reg. No. 278952)
Wilmer Cutler Pickering Hale and Dorr LLP

1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6376
bruce.coolidge@wilmerhale.com
(admitted *pro hac vice*)

Brian R. Michael (Reg. No. 240560)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5374
brian.michael@wilmerhale.com
(admitted *pro hac vice*)

Attorneys for Defendants Marlon Quan, Acorn Capital Group, LLC, and Stewardship Investment Advisors, LLC, and Relief Defendant Florene Quan