# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission,<br>                Plaintiff,<br>v.<br><br>Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC,<br>                Defendants,<br>and<br><br>Asset Based Resource Group, LLC and Florene Quan,<br><br>                Relief Defendants,<br>and<br><br>Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd.,<br><br>                Intervenor. | Civil Action No.:<br>0:11-cv-723-ADM-JSM<br><br><br><br>**NOTICE OF APPEARANCE OF STEPHEN C. CARLSON** |

PLEASE TAKE NOTICE that Stephen C. Carlson, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, shall appear as attorney for DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank") in the above-captioned proceeding.

| | |
|---|---|
| Dated:  February 3, 2012 | SIDLEY AUSTIN LLP |
| | By: s/Stephen C. Carlson<br>       Stephen C. Carlson (#15131) |
| | One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>scarlson@sidley.com |
| | *Attorneys for Intervenor*<br>*DZ Bank AG Deutsche Zentral-*<br>*Genossenschaftsbank, Frankfurt am*<br>*Main ("DZ Bank")* |