# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | Civil Action No.: 0:11-cv-723-ADM-JSM |
| Plaintiff, | |
| v. | |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, | **MOTION TO INTERVENE** |
| Defendants, | |
| and | |
| Asset Based Resource Group, LLC and Florene Quan, | |
| Relief Defendants, | |
| and | |
| Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd., | |
| Intervenor. | |

    Intervenor DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank") respectfully moves this Court for an Order granting its Motion To Intervene.

    This Motion is based upon Federal Rule of Civil Procedure 24, the accompanying Memorandum and exhibit thereto, the arguments of counsel, and all other relevant documents and proceedings in this matter.

Respectfully submitted,

Dated:  February 3, 2012

SIDLEY AUSTIN LLP

By: s/Stephen C. Carlson
    Stephen C. Carlson (#15131)

One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
scarlson@sidley.com

***Attorneys for Intervenor
DZ Bank AG Deutsche Zentral-
Genossenschaftsbank, Frankfurt am
Main ("DZ Bank")***

Of Counsel:

Hille R. Sheppard (IL 6226077; *pro hac vice* application to be filed)
Mark Borrelli (IL 6200930; *pro hac vice* application to be filed)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
hsheppard@sidley.com
mborrelli@sidley.com