# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | ) Civil Action No.: <br> ) 0:11-cv-723-ADM-JSM |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, | ) <br> ) **NOTICE OF MOTION TO** <br> ) **INTERVENE** |
| Defendants, | ) |
| and | ) |
| | ) |
| Asset Based Resource Group, LLC and Florene Quan, | ) <br> ) |
| | ) |
| Relief Defendants, | ) |
| and | ) |
| | ) |
| Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd., | ) <br> ) <br> ) <br> ) |
| | ) |
| Intervenor. | ) |

PLEASE TAKE NOTICE that on **February 8, 2012, at 9:30 a.m.** (CST), or as soon thereafter as counsel can be heard, counsel for Intervenor DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank") shall appear before the Honorable Anne D. Montgomery, Judge of the United States District Court, U.S. Courthouse, 300 South Fourth Street, Suite 13W, Minneapolis, MN 55415, and present its Motion To Intervene pursuant to Federal Rule of Civil Procedure 24.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 3, 2012 | SIDLEY AUSTIN LLP |
|  | By: s/Stephen C. Carlson<br>     Stephen C. Carlson (#15131) |
|  | One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>scarlson@sidley.com |
|  | *Attorneys for Intervenor*<br>*DZ Bank AG Deutsche Zentral-*<br>*Genossenschaftsbank, Frankfurt am*<br>*Main ("DZ Bank")* |

Of Counsel:

Hille R. Sheppard (IL 6226077; *pro hac vice* application to be filed)
Mark Borrelli (IL 6200930; *pro hac vice* application to be filed)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
hsheppard@sidley.com
mborrelli@sidley.com