UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities
and Exchange Commission,

Plaintiff,

Case Number: 0:11-cv-723 ADM-JSM

v.

Quan, et. al,

Defendants.

---

### ORDER GRANTING MOTION FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(d), Stephen Carlson moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of Mark Borrelli.

IT IS HEREBY ORDERED that Stephen Carlson's motion for a Non-Resident to Serve as Local Counsel (Doc. # 98-1) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Admission Pro Hac Vice of Mark Borrelli (Doc. # 98) is GRANTED.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: February 7, 2012.