**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| U.S. Securities and Exchange Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING MOTION** |
| ) | **TO INTERVENE** |
| v. ) | Civil No. 11-723 ADM/JSM |
| ) | |
| ) | |
| Marlon Quan, Acorn Capital ) | |
| Group, LLC and Stewardship ) | |
| Investment Advisors, LLC, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| ) | |
| Florene Quan, ) | |
| ) | |
| Relief Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| DZ Bank AG Deutsche ) | |
| Zentral-Genossenschaftsbank, ) | |
| Frankfurt am Main ) | |
| Applicant Intervenor. ) | |

_____

John E. Birkenheier, Esq., and Charles J. Kerstetter, Esq., United States Securities and Exchange Commission, Chicago, IL, on behalf of Plaintiff United States Securities and Exchange Commission.

Bruce E. Coolidge, Esq., and Brian R. Michael, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, Washington, D.C., and Thomas Radio, Best & Flanagan LLP, Minneapolis, MN, on behalf of Defendants Marlon Quan; Acorn Capital Group, LLC; and Stewardship Investment Advisors.

Stephen C. Carlson, Esq., and Hille R. Sheppard, Esq., Sidley Austin LLP, Chicago, IL, on behalf of Applicant Intervenor DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main.

_____

This matter came before the Court on February 8, 2012 on the Motion [Docket No. 92] of

DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank") to intervene under Federal Rule of Civil Procedure 24(a)(2). No opposition was filed or raised at the hearing. Based upon the files and records herein and the oral argument of counsel, IT IS HEREBY ORDERED that DZ Bank's Motion is GRANTED.

                                      BY THE COURT:

                                      s/Ann D. Montgomery
                                      ANN D. MONTGOMERY
                                      U.S. DISTRICT JUDGE

Dated: February 8, 2012.