# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

------------------------------ x
:
UNITED STATES SECURITIES : 
AND EXCHANGE COMMISSION, :
:
Plaintiff, :
:
v. : CIVIL ACTION
: 0:11-cv-00723-ADM-JSM
MARLON QUAN, ACORN CAPITAL :
GROUP, LLC and STEWARDSHIP :
INVESTMENT ADVISORS, LLC, :
:
Defendants, :
:
and :
:
ASSET BASED RESOURCE GROUP, :
LLC and FLORENE QUAN, :
:
Relief Defendants :
:
and :
:
NIGEL CHATTERJEE, COURT- :
APPOINTED LIQUIDATOR OF :
STEWARDSHIP CREDIT :
ARBITRAGE FUND, LTD., PUTNAM :
GREEN, LTD., AND SCAF I, LTD. :
:
Intervenor. :
------------------------------ x

**NOTICE OF DEPOSIT OF FUNDS BELONGING TO
STEWARDSHIP CREDIT ARBITRAGE FUND, LLC
<u>WITH REGISTRY OF THE COURT</u>**

Please take notice that on February 14, 2012, Garth Calow, as successor to Intervenor, Nigel Chatterjee, as the court-appointed liquidator (the "Bermuda Liquidator") for Stewardship Credit Arbitrage Fund, Ltd. ("SCAF, Ltd.") and its wholly-owned subsidiaries Putnam Green, Ltd. ("PG, Ltd.") and SCAF I, Ltd. ("SCAF I" and collectively with SCAF, Ltd. and PG, Ltd., the "Offshore Funds")[1] deposited with the registry of the Court the sum of $28,671.00 received by the Offshore Funds on behalf of Stewardship Credit Arbitrage Fund, LLC ("SCAF LLC").

Please take further notice that said sum represents SCAF LLC's share of the proceeds generated by the sale of certain collateral related to Vassal Jewels, LLC and was calculated in accordance with the percentages set forth in paragraph 3(d) of the Court's *Order Granting Motion for Leave to Deposit Funds with the Court and to Dismiss Asset Based Resource Group, LLC as a Relief Defendant*, dated December 15, 2011, Docket No. 78.[2]

Please take further notice that pursuant to said order, the funds were required to be delivered to the Court, together with a cover letter identifying this action and copying the United States Securities and Exchange Commission ("SEC") on such transmission. A copy of this notice and the aforementioned cover letter are being transmitted to the SEC contemporaneously herewith.

**[Signature Page Follows]**

---

[1] Mr. Chatterjee retired from PricewaterhouseCoopers, Ltd. on December 31, 2011 and has been replaced by Mr. Calow as the Bermuda Liquidator of the Offshore Funds.

[2] The total sale proceeds, net of costs, received by the Bermuda Liquidator were $86,100, which were divided in accordance with the percentages as follows: (i) SCAF, Ltd. (51.9%)-$44,686; (ii) SCAF LLC (33.3%)-$28,671; and (iii) PrideCo Secured Loan Fund, L.P. (14.8%)-$12,743.

- 3 -

        INTERVENOR NIGEL CHATTERJEE, LIQUIDATOR OF STEWARDSHIP CREDIT ARBITRAGE FUND, LTD., PUTNAM GREEN, LTD., AND SCAF I, LTD.

        MESSERLI & KRAMER, P.A.

        *s/Nicholas J. Eugster*
        John Harper III  (#0041397)
        Nicholas J. Eugster (#0318978)
        100 South Fifth Street
        1400 Fifth Street Towers
        Minneapolis, MN 55402
        T. (612) 672-3600
        E-mail: jharper@messerlikramer.com
                neugster@messerlikramer.com

        -and-

        K&L GATES LLP

        *s/Charles A. Dale III*
        Charles A. Dale III (#558839)
        (*admitted pro hac vice*)
        Mackenzie L. Shea (#66241)
        (*admitted pro hac vice*)
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        T. (617) 261-3250
        E-mail: chad.dale@klgates.com
                mackenzie.shea@klgates.com

        Dated: February 14, 2012

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
UNITED STATES SECURITIES                    :
AND EXCHANGE COMMISSION,                    :
                                            :
            Plaintiff,                      :
                                            :
      v.                                    :   CIVIL ACTION
                                            :   0:11-cv-00723-ADM-JSM
MARLON QUAN, ACORN CAPITAL                  :
GROUP, LLC and STEWARDSHIP                  :
INVESTMENT ADVISORS, LLC,                   :
                                            :
            Defendants,                     :
                                            :
      and                                   :
                                            :
ASSET BASED RESOURCE GROUP,                 :
LLC and FLORENE QUAN,                       :
                                            :
            Relief Defendants               :
                                            :
      and                                   :
                                            :
NIGEL CHATTERJEE, COURT-                    :
APPOINTED LIQUIDATOR OF                     :
STEWARDSHIP CREDIT                          :
ARBITRAGE FUND, LTD., PUTNAM                :
GREEN, LTD., AND SCAF I, LTD.               :
                                            :
            Intervenor.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2012, I caused the foregoing document:

- **Notice of Deposit of Funds Belonging to Stewardship Credit Arbitrage Fund, LLC With Registry of the Court**

- 2 -

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **James S Alexander**
  jim.alexander@usdoj.gov, Andrea.Kyllonen@usdoj.gov, carla.kohl@usdoj.gov, Alexandra.McWhorter@usdoj.gov
- **Daniel C Beck**
  dbeck@winthrop.com, tcooke@winthrop.com
- **John E Birkenheier**
  birkenheierj@sec.gov, nicholsl@sec.gov,HillY@sec.gov
- **Mark Borrelli**
  mborrelli@sidley.com
- **Thomas H Boyd**
  tboyd@winthrop.com, emulvaney@winthrop.com
- **Stephen Curtis Carlson**
  scarlson@sidley.com, efilingnotice@sidley.com
- **Bruce E Coolidge**
  bruce.coolidge@wilmerhale.com
- **Charles A Dale , III**
  chad.dale@klgates.com, bobankruptcyecf@klgates.com
- **Sofia A Estrellado**
  sestrellado@winthrop.com, lmertz@winthrop.com
- **John Harper , III**
  jharper@messerlikramer.com,kmagney@messerlikramer.com
- **Sally J Hewitt**
  hewitts@sec.gov
- **Geoffrey P Jarpe**
  gjarpe@winthrop.com, charrigan@winthrop.com
- **Charles J Kerstetter**
  kerstetterc@sec.gov
- **Brian R Michael**
  brian.michael@wilmerhale.com, whmao@wilmerhale.com
- **Thomas J Radio**
  tradio@bestlaw.com,cclose@bestlaw.com
- **Michael A Rosow**
  mrosow@winthrop.com, tcooke@winthrop.com, lvillegas@winthrop.com
- **Mackenzie L Shea**
  mackenzie.shea@klgates.com, bobankruptcyecf@klgates.com
- **Hille R Sheppard**
  hsheppard@sidley.com, efilingnotice@sidley.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    NONE

Dated:  February 14, 2012          s/Nena L. Kuhnly
                                   Nena L. Kuhnly

948037.1