# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | ) ) Civil Action No.: 0:11-cv-723-ADM-JSM |
| Plaintiff, | ) |
| v. | ) ) |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, | ) ) **NOTICE OF APPEARANCE OF** ) **MARK BORRELLI** ) |
| Defendants, | ) |
| and | ) ) |
| Asset Based Resource Group, LLC and Florene Quan, | ) ) ) |
| Relief Defendants, | ) |
| and | ) ) |
| Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd., | ) ) ) ) ) |
| Intervenor, | ) |
| and | ) ) |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main, | ) ) ) |
| Intervenor. | |

PLEASE TAKE NOTICE that Mark Borrelli, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, shall appear as attorney for DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank") in the above-captioned proceeding.

Dated: February 16, 2012                              SIDLEY AUSTIN LLP

By: s/Mark Borrelli
Mark Borrelli (#6200930)
(*admitted pro hac vice*)

Stephen C. Carlson (#15131)
Hille R. Sheppard (#6226077)
(*admitted pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
mborrelli@sidley.com
scarlson@sidley.com
hsheppard@sidley.com

*Attorneys for Intervenor*
*DZ Bank AG Deutsche Zentral-*
*Genossenschaftsbank, Frankfurt am*
*Main ("DZ Bank")*