# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission,<br>     Plaintiff,<br>v.<br><br>Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC,<br>     Defendants,<br>and<br><br>Asset Based Resource Group, LLC and Florene Quan,<br><br>     Relief Defendants,<br>and<br><br>Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd.,<br><br>     Intervenor,<br>and<br><br>DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main,<br><br>     Intervenor. | Civil Action No.:<br>0:11-cv-723-ADM-JSM<br><br><br><br>**NOTICE OF APPEARANCE OF HILLE R. SHEPPARD** |

  PLEASE TAKE NOTICE that Hille R. Sheppard, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, shall appear as attorney for DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank") in the above-captioned proceeding.

Dated:  February 16, 2012							SIDLEY AUSTIN LLP

									By: s/Hille R. Sheppard
									Hille R. Sheppard (#6226077)
									(*admitted pro hac vice*)

									Stephen C. Carlson (#15131)
									Mark Borrelli (#6200930)
									(*admitted pro hac vice*)
									One South Dearborn Street
									Chicago, Illinois 60603
									(312) 853-7000
									hsheppard@sidley.com
									scarlson@sidley.com
									mborrelli@sidley.com

									***Attorneys for Intervenor***
									***DZ Bank AG Deutsche Zentral-***
									***Genossenschaftsbank, Frankfurt am***
									***Main ("DZ Bank")***