# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission,<br>　　　　　　Plaintiff,<br>v.<br><br>Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC,<br>　　　　　　Defendants,<br>and<br><br>Asset Based Resource Group, LLC and Florene Quan,<br>　　　　　　Relief Defendants,<br>and<br><br>Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd.,<br>　　　　　　Intervenor,<br>and<br><br>DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main,<br>　　　　　　Intervenor. | Civil Action No.:<br>0:11-cv-723-ADM-JSM<br><br>**DZ BANK'S MOTION (1) TO APPROVE THE ALLOCATION OF THE ONSHORE FUNDS AND (2) TO ESTABLISH A COURT-ADMINISTERED CLAIMS PROCESS** |

　　　　Intervenor DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank") respectfully moves this Court for an Order granting its Motion (1) To Approve the Allocation of the Onshore Funds and (2) To Establish a Court-Administered Claims Process.

This Motion is based upon the accompanying Memorandum, the arguments of counsel, and all other relevant documents and proceedings in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 16, 2012 | SIDLEY AUSTIN LLP |
|  | By: s/Hille R. Sheppard<br>Hille R. Sheppard (#6226077)<br>(*admitted pro hac vice*) |
|  | Stephen C. Carlson (#15131)<br>Mark Borrelli (#6200930)<br>(*admitted pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>hsheppard@sidley.com<br>scarlson@sidley.com<br>mborrelli@sidley.com |
|  | *Attorneys for Intervenor*<br>*DZ Bank AG Deutsche Zentral-*<br>*Genossenschaftsbank, Frankfurt am*<br>*Main ("DZ Bank")* |