# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | ) Civil Action No.: <br> ) 0:11-cv-723-ADM-JSM |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, | ) <br> ) **CERTIFICATE OF SERVICE OF** <br> ) **PROPOSED ORDER** |
| Defendants, | ) |
| and | ) |
| | ) |
| Asset Based Resource Group, LLC and Florene Quan, | ) <br> ) <br> ) |
| Relief Defendants, | ) |
| and | ) |
| | ) |
| Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd., | ) <br> ) <br> ) <br> ) <br> ) |
| Intervenor, | ) |
| and | ) |
| | ) |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main, | ) <br> ) <br> ) |
| Intervenor. | ) |

I hereby certify that on February 16, 2012, I caused the following proposed order:

- Order Granting DZ Bank's Motion (1) To Approve the Allocation of the Onshore Funds and (2) To Establish a Court-Administered Claims Process

to be filed with the Court via email to the following judge who is hearing the motion:

    **Judge Ann D. Montgomery**
    Montgomery_chambers@mnd.uscourts.gov

CH1 6600758v.2

2

and I certify that I caused a copy of the proposed order to be emailed as noted below, to the following:

>**James S. Alexander**
>jim.alexander@usdoj.gov
>
>**John E. Birkenheier**
>birkenheierj@sec.gov
>
>**Sally J. Hewitt**
>hewitts@sec.gov
>
>**Charles J. Kerstetter**
>kerstetterc@sec.gov
>
>**Thomas J. Radio**
>tradio@hinshawlaw.com
>
>**Brian R. Michael**
>brian.michael@wilmerhale.com
>
>**Bruce E. Coolidge**
>Bruce.Coolidge@wilmerhale.com
>
>**Daniel C. Beck**
>dbeck@winthrop.com
>
>**Geoffrey P. Jarpe**
>gjarpe@winthrop.com
>
>**Michael A. Rosow**
>mrosow@winthrop.com
>
>**Thomas H. Boyd**
>tboyd@winthrop.com
>
>**Sofia A. Estrellado**
>sestrellado@winthrop.com
>
>**Charles A. Dale, III**
>chad.dale@klgates.com
>
>**John Harper, III**
>jharper@messerlikramer.com

**Mackenzie L. Shea**
mackenzie.shea@klgates.com

**Nicholas J. Eugster**
neugster@messerikramer.com

Dated: February 16, 2012                              By: s/Hille R. Sheppard
                                                      Hille R. Sheppard (#6226077)
                                                      (*admitted pro hac vice*)