# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | CIVIL ACTION 0:11-cv-00723-ADM-JSM |
| MARLON QUAN, ACORN CAPITAL GROUP, LLC and STEWARDSHIP INVESTMENT ADVISORS, LLC, | |
| Defendants, | |
| and | |
| FLORENE QUAN, | |
| Relief Defendant. | |

### PLAINTIFF SECURITIES & EXCHANGE COMMISSION'S MOTION FOR (1) APPOINTMENT OF A RECEIVER AND (2) AN ANTI-SUIT INJUNCTION

Plaintiff U.S. Securities & Exchange Commission (the "Commission") respectfully moves this Court for an order (1) appointing a receiver over the funds that have been frozen by the Court in this matter, Stewardship Credit Arbitrage Fund, LLC ("SCAF, LLC"), and its subsidiaries (Livingston Acres, LLC and Putnam Green, LLC), (2) staying enforcement of any judgments against the frozen funds, SCAF, LLC and/or its subsidiaries and (3) enjoining the filing of any bankruptcy petitions (voluntary or involuntary) naming SCAF, LLC or its

- 2 -

subsidiaries as debtors.  In support of this Motion, the Commission is simultaneously filing a Memorandum in Support, the Declaration of Donald Ryba and supporting exhibits.

Respectfully Submitted,

**U.S. SECURITIES & EXCHANGE COMMISSION**

| | |
|---|---|
| s/ Sally J. Hewitt | Dated: February 17, 2012 |

John E. Birkenheier (IL #6270993)
Charles J. Kerstetter (PA #67088)
Sally J. Hewitt (IL #6193997)
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd.
Suite 900
Chicago, Illinois 60604
T. (312) 353-7390
F. (312) 353-7398
birkenheierj@sec.gov
kerstetterc@sec.gov
hewitts@sec.gov

James Alexander
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN
T. 612-664-5600
F. 612-664-5788

Local Counsel