# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES SECURITIES          :
AND EXCHANGE COMMISSION,          :
                                  :
         Plaintiff,               :
                                  :
                                  :
     v.                           :
                                  :      CIVIL ACTION
                                  :      0:11-cv-00723-ADM-JSM
MARLON QUAN, ACORN                :
CAPITAL GROUP, LLC and            :
STEWARDSHIP INVESTMENT            :
ADVISORS, LLC,                    :
                                  :
         Defendants,              :
                                  :
     and                          :
                                  :
FLORENE QUAN,                     :
                                  :
         Relief Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### NOTICE OF HEARING ON PLAINTIFF SECURITIES & EXCHANGE COMMISSION'S MOTION FOR (1) APPOINTMENT OF A RECEIVER AND (2) AN ANTI-SUIT INJUNCTION

Please take notice that on March 5, 2012 at 11:00 a.m. (CST), or as soon thereafter as counsel may be heard, in front of the Honorable Judge Ann D. Montgomery, 300 South 4th Street, United States Courthouse, Courtroom 13 W, Minneapolis, MN, 55415, Plaintiff U.S. Securities & Exchange Commission (the "Commission") will present its Motion for (1) Appointment of a Receiver and (2) an Anti-suit Injunction.

- 2 -

Respectfully Submitted,

**U.S. SECURITIES & EXCHANGE COMMISSION**

_____s/ Sally J. Hewitt_____      Dated: February 17, 2012
John E. Birkenheier (IL #6270993)
Charles J. Kerstetter (PA #67088)
Sally J. Hewitt (IL #6193997)
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd.
Suite 900
Chicago, Illinois 60604
T. (312) 353-7390
F. (312) 353-7398
birkenheierj@sec.gov
kerstetterc@sec.gov
hewitts@sec.gov

James Alexander
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN
T. 612-664-5600
F. 612-664-5788

Local Counsel