**Bank of America**                                                                                     **CHECKING/SAVINGS DEPOSIT**

02/17/12

0:11CV00723-001                     USDC - District of Minnesota
SEC v. Quan et al                    300 South Fourth Street, Suite 202
                                     Minneapolis, MN
                                     55415

MMA Account #: 

Money Market - Interest Bearing         DEPOSIT TOTAL:    *****$28,671.00

---

**STEWARDSHIP CREDIT ARBITRAGE FUND,**        28671.00        Via Wire Transfer

---

FILE COPY


SCANNED
FEB 17 2012
U.S. DISTRICT COURT MPLS