**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : 0:11-cv-723-ADM-JSM |
| | : |
| MARLON QUAN, ACORN CAPITAL GROUP, LLC and STEWARDSHIP INVESTMENT ADVISORS, LLC, | : |
| | : |
| Defendants, | : |
| | : |
| and | : |
| | : |
| FLORENE QUAN, | : |
| | : |
| Relief Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2012, I caused the following proposed order:

Order Appointing Receiver and Entering Anti-Suit Injunction

To be filed with the court via email to the following judge who is hearing the matter:
Judge Ann D. Montgomery, Montgomery_chambers@mnd.uscourts.gov
And I certify that I caused a copy of the proposed order to be emailed to counsel or record for all parties and intervenors.

Respectfully submitted,

s/ Sally Hewitt_____
Sally J. Hewitt, Attorney for Plaintiff
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL  60604
T: (312) 353-7390; F: (312) 353-7398