# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | ) Civil Action No.: <br> ) 0:11-cv-723-ADM-JSM |
| Plaintiff, | ) |
| v. | ) <br> ) |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, | ) <br> ) **AMENDED NOTICE OF** <br> ) **DZ BANK'S MOTION (1) TO** |
| Defendants, | ) **APPROVE THE ALLOCATION OF** |
| and | ) **THE ONSHORE FUNDS AND** <br> ) **(2) TO ESTABLISH A COURT-** |
| Asset Based Resource Group, LLC and Florene Quan, | ) **ADMINISTERED CLAIMS** <br> ) **PROCESS** <br> ) |
| Relief Defendants, | ) |
| and | ) <br> ) |
| Nigel Chatterjee, Court-Appointed Liquidator of Stewardship Credit Arbitrage Fund, Ltd., Putnam Green, Ltd., and SCAF I, Ltd., | ) <br> ) <br> ) <br> ) <br> ) |
| Intervenor, | ) |
| and | ) <br> ) |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main, | ) <br> ) <br> ) |
| Intervenor. | ) |

PLEASE TAKE NOTICE that on **March 15, 2012, at 10 a.m.** (CST), or as soon thereafter as counsel can be heard, counsel for Intervenor DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank") shall appear before the Honorable Ann D. Montgomery, Judge of the United States District Court, U.S. Courthouse, 300 South Fourth Street, Suite 13W, Minneapolis, MN 55415, and present

its Motion (1) To Approve the Allocation of the Onshore Funds and (2) To Establish a Court-Administered Claims Process.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 22, 2012 | SIDLEY AUSTIN LLP |

By: s/Hille R. Sheppard
Hille R. Sheppard (#6226077)
(*admitted pro hac vice*)

Stephen C. Carlson (#15131)
Mark Borrelli (#6200930)
(*admitted pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
hsheppard@sidley.com
scarlson@sidley.com
mborrelli@sidley.com

*Attorneys for Intervenor*
*DZ Bank AG Deutsche Zentral-*
*Genossenschaftsbank, Frankfurt am*
*Main ("DZ Bank")*