

# UNITED STATES DISTRICT COURT
District of Minnesota

## Motion for Admission Pro Hac Vice
## of U.S. Government Attorneys
*(Filing Fee Waived)*

| Case Number: | 11-cv-00723 |
|---|---|
| Case Title: | U.S. SEC v. Quan, et al. |

## Instructions

Under LR 83.5(e), an attorney who represents the United States or any of its officers or agencies and who is not a member of the court's bar may appear pro hac vice in this court in one of two ways: (1) by being a member in good standing of the bar of a federal court of appeals or of a different federal district court; or (2) by associating with an attorney from the United States Attorney's Office for the District of Minnesota.

*An attorney who chooses to associate with a local AUSA must, before filing this form, contact the Civil Chief of the United States Attorney's Office for the District of Minnesota at (612) 664-5600 to obtain local counsel.*

The attorney moving for admission pro hac vice must complete section A. The moving attorney's supervisor must complete section B.

## A. Affidavit of Movant

| Movant's name: | Timothy S. Leiman |
|---|---|
| Movant's state license/ bar identification number: | IL# 6270153 |
| Party represented: | U.S. Securities & Exchange Commission |
| Government agency employing movant: | U.S. Securities & Exchange Commission |
| Address: | United States Securities & Exchange Commission<br>Chicago Regional Office<br>175 West Jackson Blvd., Suite 900<br>Chicago, IL 60604 |

CASE 0:11-cv-00723-ADM-JSM   Document 119   Filed 02/28/12   Page 2 of 3



| Phone Number: | (312) 353-5213 |
| --- | --- |
| E-Mail Address: | leimant@sec.gov |

*Check and complete either section 1 or section 2 below before signing:*

1. **Certification of membership in other federal court's bar**
   - ☑ I certify that I am not a member of this court's bar, but I am currently an active member in good standing of the bar of the following federal court of appeals or other federal district court:

   | Federal court: | U.S. District Court, Northern District of Illinois |
   | --- | --- |

2. **Certification of association with local AUSA**
   - ☐ I certify that I am associating with the following attorney from the United States Attorney's Office for the District of Minnesota who will participate in the preparation and presentation of the case and who will accept service on behalf of the United States of all papers.

   | Associating attorney's name: | |
   | --- | --- |

I further certify that:
- I understand that the United States District Court for the District of Minnesota is an electronic court;
- I consent to receiving service under Fed. R. Civ. P. 77(d) by electronic means; and
- I understand that such electronic service will be in lieu of service by mail unless the court learns that the electronic service failed, in which case the court will effect service by mail within 24 hours.

| Date: | 2/28/2012 | Signature: | *[signature]* |
| --- | --- | --- | --- |



**B. Certification of Moving Attorney's Supervisor**

I, John E. Birkenheier, hereby certify that the movant identified above is employed as an attorney by the government agency identified above.

| Date: | 2/28/2012 | Signature: | |
|---|---|---|---|
| | | Title: | Supervising Trial Counsel |
| | | Government agency: | U.S. Securities & Exchange Commission |