**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**, | : : : : |
| Plaintiff, | : : **CIVIL NO. 11-723 (ADM-JSM)** |
| v. | : : |
| **MARLON QUAN**, *et al.*, | : : |
| Defendants. | : : : |

_____

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(c) AND (e)**

Counsel for defendants Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC hereby certifies that its Memorandum in Opposition to SEC's Motion to Appoint a Receiver contains 6,654 words and therefore complies with Local Rule 7.1(c). The word count was calculated using the counting function of Microsoft Word 2007, the word processing program used to prepare the brief, and includes headings, footnotes, and quotations. The brief also uses size 13 font type in compliance with Local Rule 7.1(e).

Dated: March 2, 2012         s/Thomas J. Radio
                             Thomas J. Radio (Reg. No. 137029)
                             Best & Flanagan LLP
                             225 South Sixth Street, Suite 4000
                             Minneapolis, MN  55402
                             (612) 349-5680
                             tradio@bestlaw.com