UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : : CIVIL NO. 11-723 (ADM-JSM) |
| v. | : : CERTIFICATE OF SERVICE |
| MARLON QUAN, *et al.*, | : : : |
| Defendants. | : : : |

_____

I, Thomas J. Radio, an attorney for defendants Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, hereby certify that on March 1, 2012, I caused a true and correct copy of the foregoing documents:

- Memorandum of Defendants in Opposition to SEC's Motion for Appointment of a Receiver and the attachments attached thereto

- Declaration of Bruce E. Coolidge in Support of Memorandum of Defendants in Opposition to SEC's Motion for Appointment of a Receiver and the exhibits attached thereto

- Declaration of Marlon Quan in Support of Memorandum of Defendants in Opposition to SEC's Motion for Appointment of a Receiver

- Declaration of David S. Smith in Support of Memorandum of Defendants in Opposition to SEC's Motion for Appointment of a Receiver

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James S. Alexander:  jim.alexander@usdoj.gov

John E. Birkenheier:  birkenheierj@sec.gov

Sally J. Hewitt:  hewitts@sec.gov

Charles J. Kerstetter:  kerstetterc@sec.gov

Timothy S. Leiman:  leimant@sec.gov

Daniel C. Beck:  dbeck@winthrop.com

Geoffrey P. Jarpe:  gjarpe@winthrop.com

Michael A. Rosow:  mrosow@winthrop.com

Thomas H. Boyd:  tboyd@winthrop.com

Sofia A. Estrellado:  sestrellado@winthrop.com

Charles A. Dale, III:  chad.dale@klgates.com

John Harper, III:  jharper@messerlikramer.com

Mackenzie L. Shea:  mackenzie.shea@klgates.com

Nicholas J. Eugster:  neugster@messerlikramer.com

Hille R. Sheppard:  hsheppard@sidley.com

Mark Borrelli:  mborrelli@sidley.com

Stephen Curtis Carlson:  scarlson@sidley.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:  NONE

Dated:  March 2, 2012             s/Thomas J. Radio
                                  Thomas J. Radio (Reg. No. 137029)
                                  Best & Flanagan LLP
                                  225 South Sixth Street, Suite 4000
                                  Minneapolis, MN  55402
                                  (612) 349-5680
                                  tradio@bestlaw.com