UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____
:
**UNITED STATES SECURITIES** :
**AND EXCHANGE COMMISSION**, :
:
      **Plaintiff,** :
: **CIVIL ACTION**
    v. : **NO. 11-cv-723-ADM-JSM**
:
**MARLON QUAN, et al.,** :
:
:
      **Defendants.** :
:
:
_____:


**INDEX TO ATTACHMENTS TO DEFENDANTS' OPPOSITION TO MOTION
OF THE SECURITIES AND EXCHANGE COMMISSION
FOR APPOINTMENT OF A RECEIVER**


**Attachment A** – Defendants' Proposed Order


**Attachment B** – Comparison of Defendants' Proposed Order to SEC's Proposed Order