## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES SECURITIES          :
AND EXCHANGE COMMISSION,          :
                                  :
        Plaintiff,                :
                                  :
    v.                            :
                                  :   CIVIL ACTION
MARLON QUAN, et al.,              :   0:11-cv-00723-ADM-JSM
                                  :
        Defendants,                :
                                  :
FLORENE QUAN,                     :
                                  :
        Relief Defendant,         :
                                  :
    and                           :
                                  :
DZ BANK AG DEUTSCHE ZENTRAL-:
GENOSSENSCHAFTSBANK,              :
FRANKFURT AM MAIN ("DZ            :
BANK"),                           :
                                  :
        Intervenor.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(c) AND (e)

Counsel for the Securities and Exchange Commission certifies that its **Memo in Support of Motion for Leave to File First Amended Complaint** contains 1,560 words and therefore complies with Local Rule 7.1(c). The word count was calculated using the counting function of Microsoft Word 2007, the word processing program used to prepare the brief, and includes headings, footnotes and quotations. The SEC brief also uses size 13 font type in compliance with Local Rule 7.1(e).

|  |  |
|---|---|
|  | <u>s/ Sally J. Hewitt</u> |
|  | Sally J. Hewitt |
|  | U.S. Securities and Exchange Commission |
|  | 175 W. Jackson Boulevard, Suite 900 |
|  | Chicago, IL  60604 |
|  | (312) 353-3590 (telephone) |
| April 12, 2012 | (312) 353-7398 (facsimile) |