# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION |
| MARLON QUAN, et al., | : : | 0:11-cv-00723-ADM-JSM |
| Defendants, | : : : | |
| FLORENE QUAN, | : : | |
| Relief Defendant, | : : : | |
| and | : : | |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN ("DZ BANK"), | : : : : : | |
| Intervenor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF HEARING ON PLAINTIFF SECURITIES & EXCHANGE COMMISSION'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Please take notice that on May 9, 2012 at 11:00 a.m. (CST), or as soon thereafter as counsel may be heard, in front of the Honorable Magistrate Judge, Janie S. Mayeron, Courtroom 6B, 632 Federal Building, 316 North Robert Street, St. Paul, Minnesota, 55101, Plaintiff U.S. Securities & Exchange Commission (the "Commission") will present its Motion for Leave to File its First Amended Complaint.

Respectfully Submitted,

**U.S. SECURITIES & EXCHANGE COMMISSION**

    s/ Sally J. Hewitt
John E. Birkenheier (IL #6270993)
Charles J. Kerstetter (PA #67088)
Sally J. Hewitt (IL #6193997)
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd.
Suite 900
Chicago, Illinois 60604
T. (312) 353-7390
F. (312) 353-7398
birkenheierj@sec.gov
kerstetterc@sec.gov
hewitts@sec.gov

James Alexander
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN
T. 612-664-5600
F. 612-664-5788

Local Counsel

Dated: April 12, 2012