UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION 0:11-cv-00723-ADM-JSM |
| Plaintiff, | |
| v. | |
| MARLON QUAN, ACORN CAPITAL GROUP, LLC and STEWARDSHIP INVESTMENTS ADVISORS, LLC, | **NOTICE OF APPEARANCE OF RANELLE LEIER** |
| Defendants, | |
| and | |
| FLORENCE QUAN, | |
| Relief Defendant, | |
| and | |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN ("DZ BANK"), | |
| Intervenor. | |

_____

The undersigned attorney hereby notifies the Court and counsel that Ranelle Leier of Oppenheimer Wolff & Donnelly LLP shall appear as an attorney of record for the Court-Appointed Receiver, Gary Hansen, in the above-referenced action, and requests

that all further papers, pleadings, notices and orders be served upon him electronically at the address set forth below.

Dated:  May 1, 2012.	**OPPENHEIMER  WOLFF  &  DONNELLY LLP**

By:    s/ Ranelle Leier
    Ranelle Leier (#277587)

3300 Plaza Seven Building
45 South Seventh Street
Minneapolis, Minnesota  55402
Telephone:  (612) 607-7000
Fax Telephone:  (612) 607-7100
*rleier@oppenheimer.com*

**ATTORNEY FOR RECEIVER**

2940028  v.1