**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**PRETRIAL CONFERENCE MINUTES**

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | COURT MINUTES - CIVIL BEFORE:  JANIE S. MAYERON |
| Plaintiff(s), | ) ) | U.S. Magistrate Judge |

| | | |
|---|---|---|
| v. | Case No: | Civil 11-723 (ADM/JSM) |
| | Date: | May 9, 2012 |
| | Time Commenced: | 11:00 a.m. |
| MARLON QUAN, et al., | Time Concluded: | 12:00 p.m. |
| | Location: | St. Paul, Chambers 632 |
| Defendant(s), | Total Time: | 1 Hour |

**PROCEEDINGS:**

Pretrial scheduling conference held.  Pretrial Scheduling Order to be issued.

                                                                    s/KH
                                                        Judicial Assistant