UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | CIVIL NO. 11-723 (ADM/JSM) |
| Plaintiff, | |
| v. | ORDER |
| MARLON QUAN, et al., | |
| Defendants. | |

The above matter came on before the undersigned upon Plaintiff's Motion for Leave to File a First Amended Complaint [Docket No. 143].  There is no objection by any party.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1.  Plaintiff's Motion for Leave to File a First Amended Complaint [Docket No. 143] is granted.

2.  The hearing on the motion scheduled for May 9, 2012 before the undersigned is canceled.

3.  On or before May 18, 2012, plaintiff shall serve and file the Amended Complaint as attached as Exhibit A to the Motion for Leave to File a First Amended Complaint [Docket No. 147].

4. Defendants shall serve and file a response to the Amended Complaint pursuant to the Rules.

Dated: May 9, 2012

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge