UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. Securities and Exchange Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **SUPPLEMENTAL ORDER** |
| v. ) | Civil No. 11-723 ADM/JSM |
| ) | |
| Marlon Quan, Acorn Capital ) | |
| Group, LLC and Stewardship ) | |
| Investment Advisors, LLC, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| Florene Quan, ) | |
| ) | |
| Relief Defendant, ) | |
| ) | |
| Nigel Chatterjee, ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| DZ Bank AG Deutsche ) | |
| Zentral-Genossenschaftsbank, ) | |
| Frankfurt am Main, ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| Sovereign Bank, ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| and ) | |
| ) | |
| Gary Hansen, ) | |
| ) | |
| Receiver. ) | |

_____

This Order sets forth the procedure that will be followed upon the filing of monthly fee applications by Receiver Hansen. See Mem. Opinion and Order, Apr. 30, 2012 [Docket No. 149] at 18 § II (requiring Receiver to submit monthly fee applications). Requests for payment of

the reasonable fees and expenses of Receiver Hansen and his Retained Personnel shall be made by motion.  Receiver Hansen will not be required to obtain a hearing date at the time the motion is filed.  Objections to the motion shall be made within seven (7) days from the date the motion is filed.  If an objection is not filed within this seven-day period, the Court will rule on the motion without a hearing.  If an objection is timely filed, a hearing will be held.

**IT IS SO ORDERED.**

BY THE COURT:


s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  June 8, 2012.