## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

U.S. Securities and Exchange Commission,　　　Civil No. 11-723 (ADM/JSM)

        Plaintiff,

  v.

Marlon Quan, Acorn Capital Group,
LLC and Stewardship Investment
Advisors, LLC,

        Defendants,

Florene Quan,

        Relief Defendant,

Nigel Chatterjee,

        Intervenor,

DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main,

        Intervenor,

Sovereign Bank,

        Intervenor,

  and

Gary Hansen,

        Receiver.
_____

## NOTICE OF CHANGE OF ADDRESS

Gary Hansen, the Receiver for Defendants Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, and Livingston Acres, LLC (collectively, the "Receivership Entities"), and Ranelle Leier, Attorney for Receiver Gary Hansen, of Oppenheimer Wolff & Donnelly LLP provide this notice that Oppenheimer's new mailing address is: Campbell Mithun Tower, Suite 2000, 222 South Ninth Street, Minneapolis, MN 55402-3338.  All other contact information is unchanged and is reflected in the signature block below.

Date:  June 8, 2012                               **OPPENHEIMER WOLFF & DONNELLY LLP**

                                         By: s/ Gary Hansen_____
                                              Gary Hansen (#40617)
                                               Ranelle A. Leier (#277587)

                                          Campbell Mithun Tower
                                          Suite 2000
                                          222 South Ninth Street
                                          Minneapolis, Minnesota  55402-3338
                                          Telephone:  (612) 607-7000
                                          Facsimile:   (612) 607-7100
                                          E-Mail:   *ghansen@oppenheimer.com*
                                                        *rleier@oppeneheimer.com*

                                          **RECEIVER AND ATTORNEY FOR RECEIVER**