# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| U.S. Securities and Exchange Commission, | Civil No. 11-723 (ADM/JSM) |
| Plaintiff, | |
| v. | |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC, and ACG II, LLC, | |
| Defendants, | |
| Florene Quan, | |
| Relief Defendant, | |
| Nigel Chatterjee, | |
| Intervenor, | |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main, | |
| Intervenor, | |
| Sovereign Bank, | |
| Intervenor, | |
| and | |
| Gary Hansen, | |
| Receiver. | |

_____

**AFFIDAVIT OF GARY HANSEN IN SUPPORT OF FEE APPLICATION FOR OPPENHEIMER WOLFF & DONNELLY LLP**

STATE OF MINNESOTA )
                              ) SS
COUNTY OF HENNEPIN )

       Gary Hansen, being first duly sworn, deposes and states:

       1.     I am an attorney with the law firm of Oppenheimer Wolff & Donnelly LLP and am the Receiver for Stewardship Credit Arbitrage Fund, LLC, Livingston Acres, LLC and Putnam Green, LLC.

       2.     I have received a statement from Oppenheimer Wolff & Donnelly LLP describing work performed by the Receiver and his agents during June 2012. The statement will be provided to the Court for *in camera* review. The statement includes the date when work was performed, the name of the person performing the work, the time expended, and a detailed description of the work. The statement sets out the amount of compensation requested for the work performed. It reflects a total of 49.50 hours, total fees of $20,686.00, and a total amount due of $21,641.90.

       3.     The statement also reflects the following with respect to the professionals providing services:

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Gary Hansen | 21.50 | $500 | $10,750.00 |
| Ranelle Leier | 17.20 | $405 | $ 6,966.00 |
| Cynthia Wingert | 10.80 | $275 | $ 2,970.00 |

       4.     I have reviewed the itemized statement describing services provided by Oppenheimer and certify that all of the stated work was actually performed and was

2

necessary to fulfill the duties and responsibilities of the Receiver. Any unnecessary or duplicative services were omitted from the statement.

      5.    I request Court approval of the Receiver's fee application in favor of the law firm of Oppenheimer Wolff & Donnelly LLP in the amount of $21,641.90.

FURTHER AFFIANT SAYETH NOT.

                                                              s/ Gary Hansen
                                                              Gary Hansen

Subscribed and sworn to before me
this 26th day of July, 2012.

s/ Julie Ann Anderson
      Notary Public
My Commission Expires: Jan. 31, 2015