## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

U.S. Securities and Exchange Commission,            Civil No. 11-723 ADM/JSM

        Plaintiff,

   v.

Marlon Quan, Acorn Capital Group,
LLC, Stewardship Investment
Advisors, LLC, Stewardship Credit
Arbitrage Fund, LLC, Putnam Green,
LLC, Livingston Acres, LLC, and
ACG II, LLC,

        Defendants,

Florene Quan,

        Relief Defendant,

Nigel Chatterjee,

        Intervenor,

DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main,

        Intervenor,

Sovereign Bank,

        Intervenor,

   and

Gary Hansen,

        Receiver.

_____

## ORDER PERMITTING WITHDRAWAL OF MONEY
## FROM THE COURT REGISTRY

_____

This matter is before the Court pursuant to the Motion [Docket No. 167] of Receiver Gary Hansen (the "Receiver") for an order permitting the Receiver to withdraw money from the court registry.  No objections were filed.

Based on the pleadings, files and records herein, the Court finds that the Receiver is permitted to withdraw money from the court registry.

Accordingly, **IT IS HEREBY ORDERED THAT:**

The Motion [Docket No. 167] is GRANTED.  The Receiver is authorized to withdraw 100% of $17,179,731.15 from the Court Registry, plus any and all interest earned in the Registry Account, except the registry fee pursuant to LR 67.2(c).  Fourteen days after the entry of this Order, the Clerk of Court is directed to wire the withdrawn funds to the payee identified in the Motion [Document No. 167].

BY THE COURT:


    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  August 1, 2012.