**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

U.S. Securities and Exchange Commission,         Civil No. 11-723 ADM/JSM

              Plaintiff,

   v.

Marlon Quan, Acorn Capital Group,
LLC and Stewardship Investment
Advisors, LLC, Stewardship Credit
Arbitrage Fund, LLC, Putnam Green,
LLC, Livingston Acres, LLC, and
ACG II, LLC,

              Defendants,

Florene Quan,

              Relief Defendant,

Nigel Chatterjee,

              Intervenor,

DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main,

              Intervenor,

Sovereign Bank,

              Intervenor,

   and

Gary Hansen,

              Receiver.

_____

# ORDER FOR AUTHORIZATION TO MAKE PAYMENTS TO OPPENHEIMER WOLFF & DONNELLY LLP

This matter is before the Court pursuant to the Motion [Docket No. 179] of Receiver Gary Hansen (the "Receiver") for an order authorizing him to make interim payments for legal services provided to the Receiver by Oppenheimer Wolff & Donnelly LLP and for the services of the Receiver provided during August 2012.  No objections were filed.

Based on the pleadings, files and records herein, including the Court's *in camera* review of the detailed invoices, the Court finds the requested fees and expenses to be reasonable and necessary.

Accordingly, **IT IS HEREBY ORDERED THAT**:

The Receiver's Motion [Docket No. 179] is GRANTED.  The Receiver is authorized to make payment to Oppenheimer Wolff & Donnelly LLP in the amount of $8,442.85.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  October 9, 2012.