UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities
and Exchange Commission,

Plaintiff,  Case Number: 0:11-cv-00723 ADM-JSM

v.

Quan, et al,

Defendants.

_____

**ORDER GRANTING MOTION FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5(d), Stephen Carlson moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of James A. Fortosis in the above case.

IT IS HEREBY ORDERED THAT Stephen Carlson's motion for a Non-Resident to serve as Local Counsel (Doc. # 182-1) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Admission Pro Hac Vice of James A. Fortosis (Doc. #182) is GRANTED.

BY THE COURT:

s/Ann D. Montgomery
_____
Ann D. Montgomery
United States District Court Judge

Dated: October 18, 2012