# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission,<br>      Plaintiff,<br> v.<br><br>Marlon Quan, Acorn Capital Group, LLC, Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC and ACG II, LLC<br>      Defendants,<br><br>Florene Quan,<br><br>      Relief Defendant,<br><br>Nigel Chatterjee,<br><br>      Intervenor,<br><br>DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main,<br><br>      Intervenor,<br><br>Sovereign Bank,<br><br>      Intervenor,<br><br>  and<br><br>Gary Hansen,<br>      Receiver. | Civil Action No.:<br>0:11-cv-723-ADM-JSM<br><br><br><br><br>**NOTICE OF APPEARANCE OF**<br>**JAMES A. FORTOSIS** |

  PLEASE TAKE NOTICE that James A. Fortosis, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, shall appear as attorney for DZ Bank AG

Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank") in the above-captioned proceeding.

Dated:  October 19, 2012

SIDLEY AUSTIN LLP

By: s/James A. Fortosis

James A. Fortosis (#6296515)
 (*admitted pro hac vice*)

Stephen C. Carlson (#15131)
Hille R. Sheppard (#6226077)
 (*admitted pro hac vice*)
Mark Borrelli (#6200930)
 (*admitted pro hac vice*)

One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
scarlson@sidley.com
hsheppard@sidley.com
mborrelli@sidley.com
jfortosis@sidley.com

*Attorneys for Intervenor*
*DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank")*