# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES SECURITIES        :
AND EXCHANGE COMMISSION,        :
                                :
        Plaintiff,               :
                                :
    v.                           :
                                :    CIVIL ACTION
MARLON QUAN, ACORN              :    0:11-cv-00723-ADM-JSM
CAPITAL GROUP, LLC and          :
STEWARDSHIP INVESTMENT          :
ADVISORS, LLC,                  :
                                :
        Defendants,              :
                                :
        and                      :
                                :
FLORENE QUAN,                    :
                                :
        Relief Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF HEARING ON PLAINTIFF SECURITIES & EXCHANGE COMMISSION'S MOTION FOR ISSUANCE OF A LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE

Please take notice that on December 12, 2012 at 3:30 pm (CST), or as soon thereafter as counsel may be heard, in front of the Honorable Magistrate Judge Janie S. Mayeron, Warren E. Burger United States Courthouse, 316 North Robert Street, 100 Federal Building, Courtroom 6B, St. Paul, MN 55101, Plaintiff U.S. Securities & Exchange Commission (the "Commission") will present its Motion for issuance of a letter rogatory for international judicial assistance.

- 2 -

Respectfully Submitted,

**U.S. SECURITIES & EXCHANGE COMMISSION**

    s/ Timothy S. Leiman             Dated: November 13, 2012
John E. Birkenheier (IL #6270993)
Charles J. Kerstetter (PA #67088)
Sally J. Hewitt (IL #6193997)
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd.
Suite 900
Chicago, Illinois 60604
T. (312) 353-7390
F. (312) 353-7398
birkenheierj@sec.gov
kerstetterc@sec.gov
hewitts@sec.gov

James Alexander
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN
T. 612-664-5600
F. 612-664-5788

Local Counsel