UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

U.S. Securities and Exchange Commission,    Civil No. 11-723 ADM/JSM

        Plaintiff,

  v.

Marlon Quan, Acorn Capital Group, LLC
Stewardship Investment Advisors, LLC,
Stewardship Credit Arbitrage Fund, LLC,
Putnam Green, LLC, Livingston Acres, LLC,
and ACG II, LLC,

        Defendants,

Florene Quan,

        Relief Defendant,

Nigel Chatterjee,

        Intervenor,

DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main,

        Intervenor,

Sovereign Bank,

        Intervenor,

    and

Gary Hansen,

        Receiver.
_____

## **MEET AND CONFER STATEMENT**

Pursuant to Local Rule 7.1(a), John Birkenheier (counsel for the Securities & Exchange Commission) conferred with Bruce Coolidge (counsel for Defendants) regarding the above motion. The parties were unable to agree on resolution of the motion.

                                            Respectfully submitted,

Dated: November 14, 2012                    s/ Timothy S. Leiman