UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| U.S. Securities and Exchange Commission, | Civil No. 11-723 (ADM/JSM) |
| Plaintiff, | |
| v. | |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC, and ACG II, LLC, | |
| Defendants, | |
| Florene Quan, | |
| Relief Defendant, | |
| Nigel Chatterjee, | |
| Intervenor, | |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main, | |
| Intervenor, | |
| Sovereign Bank, | |
| Intervenor, | |
| and | |
| Gary Hansen, | |
| Receiver. | |

_____

**AFFIDAVIT OF GARY HANSEN IN SUPPORT OF FEE APPLICATION FOR OPPENHEIMER WOLFF & DONNELLY LLP**

STATE OF MINNESOTA )
                   ) SS
COUNTY OF HENNEPIN )

Gary Hansen, being first duly sworn, deposes and states:

1. I am an attorney with the law firm of Oppenheimer Wolff & Donnelly LLP and am the Receiver for Stewardship Credit Arbitrage Fund, LLC, Livingston Acres, LLC and Putnam Green, LLC.

2. I have received a statement from Oppenheimer Wolff & Donnelly LLP describing work performed by the Receiver and his agents during November 2012. The statement will be provided to the Court for *in camera* review. The statement includes the date when work was performed, the name of the person performing the work, the time expended, and a detailed description of the work. The statement sets out the amount of compensation requested for the work performed. It reflects a total of 26.30 hours, total fees of $12,228.50, and a total amount due of $12,228.50.

3. The statement also reflects the following with respect to the professionals providing services:

| Professional  | Hours | Rate  | Amount    |
|---------------|-------|-------|-----------|
| Gary Hansen   | 16.60 | $500  | $8,300.00 |
| Ranelle Leier | 9.70  | $405  | $3,928.50 |

4. I have reviewed the itemized statement describing services provided by Oppenheimer and certify that all of the stated work was actually performed and was necessary to fulfill the duties and responsibilities of the Receiver. Any unnecessary or duplicative services were omitted from the statement.

5. I request Court approval of the Receiver's fee application in favor of the law firm of Oppenheimer Wolff & Donnelly LLP in the amount of $12,228.50.

FURTHER AFFIANT SAYETH NOT.

                                                       s/ Gary Hansen
                                                      Gary Hansen

Subscribed and sworn to before me
this 7th day of December, 2012.

s/ Susan R. Koreltz
     Notary Public
My Commission Expires: Jan. 31, 2015

3

2947977 v.5