UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| U.S. Securities and Exchange Commission, | Civil No. 11-723 (ADM/JSM) |
| Plaintiff, | |
| v. | |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC, and ACG II, LLC, | |
| Defendants, | |
| Florene Quan, | |
| Relief Defendant, | |
| Nigel Chatterjee, | |
| Intervenor, | |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main, | |
| Intervenor, | |
| Sovereign Bank, | |
| Intervenor, | |
| and | |
| Gary Hansen, | |
| Receiver. | |

_____

**CERTIFICATE OF SERVICE OF PROPOSED ORDER**

I hereby certify that on December 7, 2012, I caused the following proposed Order:

*Motion of Liquidating Trustee Gary Hansen To Approve Payments For Oppenheimer Wolff & Donnelly LLP; Affidavit of Gary Hansen in Support of Fee Application for Oppenheimer Wolff & Donnelly LLP*

to be filed with the court via email to the following judge who is hearing the motion:

*The Honorable Ann D. Montgomery*

And I certify that I caused a copy of the proposed order to be e-mailed as noted below, to the following:

| | |
|---|---|
| Ben M. Krowicki | ben.krowicki@bingham.com |
| Brian R. Michael | brian.michael@wilmerhale.com |
| Bruce E. Coolidge | bruce.coolidge@wilmerhale.com |
| Charles A. Dale , III | chad.dale@klgates.com |
| Charles J. Kerstetter | kerstetterc@sec.gov |
| Daniel C. Beck | dbeck@winthrop.com |
| Gary M. Hansen | ghansen@oppenheimer.com |
| Geoffrey P. Jarpe | geoffrey.jarpe@maslon.com |
| Hille R. Sheppard | hsheppard@sidley.com |
| James A. Fortosis | jfortosis@sidley.com |
| James S. Alexander | jim.alexander@usdoj.gov |
| John Harper , III | jharper@messerlikramer.com |
| John E. Birkenheier | birkenheierj@sec.gov |
| Joshua A. Hasko | jhasko@messerlikramer.com |
| Mackenzie L. Shea | mackenzie.shea@klgates.com |
| Mark Borrelli | mborrelli@sidley.com |
| Michael A. Rosow | mrosow@winthrop.com |
| Nicholas J. Eugster | neugster@messerlikramer.com |
| Sally J. Hewitt | hewitts@sec.gov |
| Sanket J. Bulsara | Sanket.Bulsara@wilmerhale.com |
| Sofia A. Estrellado | sestrellado@winthrop.com |
| Stephen Curtis Carlson | scarlson@sidley.com |
| Thomas H. Boyd | tboyd@winthrop.com |
| Thomas J. Radio | tradio@bestlaw.com |
| Timothy S. Leiman | leimant@sec.gov |

Date: December 7, 2012    **OPPENHEIMER WOLFF & DONNELLY LLP**

By: _s/ Gary Hansen_
    Gary Hansen (#40617)

Campbell Mithun Tower - Suite 2000
222 South Ninth Street
Minneapolis, Minnesota 55402-3338
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
E-Mail: *ghansen@oppenheimer.com*

**RECEIVER FOR STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC**