UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

  Plaintiff,

 v.

MARLON QUAN, et al.,       CIVIL ACTION
                0:11-cv-00723-ADM-JSM
  Defendants,

FLORENE QUAN,

  Relief Defendant,
 and

DZ BANK AG DEUTSCHE ZENTRAL-
GENOSSENSCHAFTSBANK,
FRANKFURT AM MAIN ("DZ
BANK"),

  Intervenor,

SOVEREIGN BANK,

  Intervenor,
 and

GARY HANSEN,

  Intervenor,
- - - - - - - - - - - - - - - - - - - - - - - - - - -

**AGREED MOTION TO
EXTEND DISCOVERY DEADLINES**

Plaintiff United States Securities and Exchange Commission and Intervenor

Sovereign Bank jointly move pursuant to Rule 16(b)(4) of the Federal Rules of Civil

Procedure and Minnesota District Local Rule 16.3 to extend the discovery deadlines set in the Pre-Trial Scheduling Order entered on May 10, 2012. (Dkt. No. 159.) as follows:

1. The fact discovery period is extended until January 4, 2013 for the limited purposes of allowing Intervenor Sovereign Bank to complete its production of documents to the SEC.

2. The fact discovery period is extended until January 18, 2013 for the limited purposes of allowing the SEC to take Sovereign Bank's Rule 30(b)(6) deposition.

All parties have agreed to the entry of the attached proposed Order.

Respectfully submitted,

Dated: December 14, 2012

s/ Charles J. Kerstetter
Charles J. Kerstetter
Sally J. Hewitt
John E. Birkenheier
Timothy S. Leiman
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd.
Suite 900
Chicago, Illinois 60604
T. 312-353-7390
F. 312-353-7398
BirkenheierJ@sec.gov
KerstetterC@sec.gov
LeimanT@sec.gov
HewittS@sec.gov

James Alexander
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street

Minneapolis, MN
T. 612-664-5600
F. 612-664-5788
Local Counsel


s/ Ben M. Krowicki
Ben M. Krowicki
Attorney for Sovereign Bank
Bingham McCutchen LLP
Attorney for Sovereign Bank
One State Street
Hartford, CT 06103
860-240-2700

s/ Bruce E. Coolidge
Bruce E. Coolidge
Attorney for Defendants
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6000

s/ Hille R. Sheppard
Hille R Sheppard
Attorney for DZ Bank
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
312-853-7000

s/ Gary Hansen
Gary M Hansen
Receiver
Oppenheimer Wolff & Donnelly LLP
222 S 9th St Ste 2000
Minneapolis, MN 55402
612-607-7584
Fax: 612-607-7100

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| MARLON QUAN, et al., | : | CIVIL ACTION |
| | : | 0:11-cv-00723-ADM-JSM |
| Defendants, | : | |
| FLORENE QUAN, | : | |
| Relief Defendant, and | : | |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN ("DZ BANK"), | : | |
| Intervenor, | : | |
| SOVEREIGN BANK, | : | |
| Intervenor, and | : | |
| GARY HANSEN, | : | |
| Intervenor, | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] AGREED ORDER GRANTING
EXTENSION OF DISCOVERY DEADLINES**

The above matter came on before the undersigned upon Plaintiff United States

Securities and Exchange Commission's ("SEC") and Intervenor Sovereign Bank's Joint

Rule 16(b) Motion For Extension of Discovery Deadlines. All parties have agreed to the entry of this Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT:**

1. The Agreed Motion for Extension of Discovery Deadlines is granted.

2. The fact discovery period is extended until January 4, 2013 for the limited purposes of allowing Intervenor Sovereign Bank to complete its production of documents to the SEC.

3. The fact discovery period is extended until January 18, 2013 for the limited purposes of allowing the SEC to take Sovereign Bank's Rule 30(b)(6) deposition.

Dated: December ___, 2012                BY THE COURT:

_____
The Honorable Janie S. Mayeron
United States Magistrate Judge