UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

------------------------------ x
UNITED STATES SECURITIES : 
AND EXCHANGE COMMISSION, :
 :
      Plaintiff, :
  v. :
 :
MARLON QUAN, et al., :   CIVIL ACTION
 :   0:11-cv-00723-ADM-JSM
      Defendants, :
 :
FLORENE QUAN, :
 :
      Relief Defendant, :
  and :
 :
DZ BANK AG DEUTSCHE :
ZENTRAL- :
GENOSSENSCHAFTSBANK, :
FRANKFURT AM MAIN ("DZ :
BANK"), :
      Intervenor, :
 :
SOVEREIGN BANK, :
 :
      Intervenor, :
  and :
 :
GARY HANSEN, :
 :
      Intervenor, :
------------------------------

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(c) AND (e)

    Counsel for the Securities and Exchange Commission certifies that its

**Memorandum in Support of its Rule 16(b)(4) Motion for Extension of Discovery**

**Deadlines** contains 3,054 words and therefore complies with Local Rule 7.1(c). The

word count was calculated using the counting function of Microsoft Word 2007, the word processing program used to prepare the brief, and includes headings, footnotes and quotations.  The SEC brief also uses 13 font type in compliance with Local Rule 7.1(e).

|  |  |
|---|---|
|  | s/ John E. Birkenheier |
|  | John E. Birkenheier |
|  | U.S. Securities and Exchange Commission |
|  | 175 W. Jackson Boulevard, Suite 900 |
|  | Chicago, IL 60604 |
|  | (312) 353-3590 (telephone) |
| December 14, 2012 | (312) 353-7398 (facsimile) |