## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -   x
UNITED STATES SECURITIES              :
AND EXCHANGE COMMISSION,              :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :
                                      :
MARLON QUAN, et al.,                  :   CIVIL ACTION
                                      :   0:11-cv-00723-ADM-JSM
        Defendants,                   :
                                      :
FLORENE QUAN,                         :
                                      :
        Relief Defendant,             :
    and                               :
                                      :
DZ BANK AG DEUTSCHE                   :
ZENTRAL-                              :
GENOSSENSCHAFTSBANK,                  :
FRANKFURT AM MAIN ("DZ                :
BANK"),                               :
        Intervenor,                   :
                                      :
SOVEREIGN BANK,                       :
                                      :
        Intervenor,                   :
    and                               :
                                      :
GARY HANSEN,                          :
                                      :
        Intervenor,                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - -
```

**NOTICE OF HEARING ON PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S RULE 16(b) MOTION <u>FOR EXTENSION OF DISCOVERY DEADLINES</u>**

Please take notice that on January 3, 2013 at 10:00 am (CST), or as soon thereafter as counsel may be heard, in front of the Honorable Magistrate Judge Janie S. Mayeron, Warren E. Burger United States Courthouse, 316 North Robert Street, 100 Federal Building, Courtroom 6B, St. Paul, MN 55101, Plaintiff United States Securities and Exchange Commission ("SEC") will present its Rule 16(b) Motion for Extension of Discovery Deadlines.

Respectfully submitted,

Dated: December 14, 2012

s/ John E. Birkenheier
John E. Birkenheier
Charles J. Kerstetter
Timothy S. Leiman
Sally J. Hewitt
Attorneys for Plaintiff
U.S. Securities and Exchange
Commission
Chicago Regional Office
175 West Jackson Blvd.
Suite 900
Chicago, Illinois 60604
T. 312-353-7390
F. 312-353-7398
BirkenheierJ@sec.gov
KerstetterC@sec.gov
LeimanT@sec.gov
HewittS@sec.gov

James Alexander
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN
T. 612-664-5600
F. 612-664-5788
Local Counsel