# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

---------------------------- x
UNITED STATES SECURITIES :
AND EXCHANGE COMMISSION, :
 :
       Plaintiff, :
  v. :
 :
MARLON QUAN, et al., : CIVIL ACTION
 : 0:11-cv-00723-ADM-JSM
       Defendants, :
 :
FLORENE QUAN, :
 :
       Relief Defendant, :
  and :
 :
DZ BANK AG DEUTSCHE :
ZENTRAL- :
GENOSSENSCHAFTSBANK, :
FRANKFURT AM MAIN ("DZ :
BANK"), :
       Intervenor, :
 :
SOVEREIGN BANK, :
 :
       Intervenor, :
  and :
 :
GARY HANSEN, :
 :
       Intervenor, :
---------------------------- 

## **MEET AND CONFER STATEMENT**

    Pursuant to Local Rule 7.1(a), John Birkenheier and Charles Kerstetter (counsel for the Securities and Exchange Commission) conferred with Bruce Coolidge (counsel for Defendants regarding the above motion. The parties were unable to agree on resolution of the motion.

          Respectfully submitted,


          <u>s/John Birkenheier</u>

Dated: December 14, 2012