# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

```
------------------------------------x
UNITED STATES SECURITIES            :
AND EXCHANGE COMMISSION,            :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :
                                    :       CIVIL ACTION
MARLON QUAN, et al.,                :       0:11-cv-00723-ADM-JSM
                                    :
        Defendants,                 :
                                    :
FLORENE QUAN,                       :
                                    :
        Relief Defendant,           :
                                    :
    and                             :
                                    :
DZ BANK AG DEUTSCHE ZENTRAL-        :
GENOSSENSCHAFTSBANK,                :
FRANKFURT AM MAIN ("DZ BANK"),      :
    and                             :
                                    :
SOVEREIGN BANK,                     :
                                    :
        Intervenors.                :
                                    :
------------------------------------x
```

## DEFENDANTS' DISCLOSURES PURSUANT TO RULE 26(a)(1)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendants Marlon Quan, Stewardship Investment Advisors, LLC ("SIA"), Acorn Capital Group, LLC ("Acorn") and ACG II, LLC (collectively "defendants") make the following

disclosures. Defendants reserve the right to amend or supplement these disclosures as appropriate.

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

The individuals listed below are likely to have discoverable information which the defendants may use in support of their defenses. In each case, defendants have provided the last known address and telephone number, if any is known.

| Name | Subject of Discoverable Information |
| --- | --- |
| David Baer<br>Ethos Business Law<br>7220 Washington Avenue South<br>Eden Prairie, MN 55344<br>612-767-3311 | Lack of defendants' involvement in fraud |
| Stan Bluestone | Apparent legitimacy of Petters business model |
| Catherine Bromberg<br>Director of Development<br>Norwalk Community College Foundation<br>188 Richards Avenue, Suite E311<br>Norwalk, CT 06854<br>203-857-7270 | SIA compliance; monitoring of loans |
| Bill Brummond | Apparent legitimacy of Petters business model |
| Robert Bucci<br>18 Midrocks Drive<br>Norwalk, CT 06851<br>203-846-3069 | Finance and operations of Acorn and SIA |
| Dove Carter | Apparent legitimacy of Petters business model |
| Deanna Coleman<br>c/o Allan H. Caplan<br>Caplan Law Firm, P. A.<br>525 Lumber Exchange Building<br>10 South Fifth Street<br>Minneapolis, MN 55402<br>612-341-4570 | Lack of defendants' involvement in fraud |

| | |
|---|---|
| George Danes<br>Bermuda Financial Services<br>Ernst & Young<br>441-294-5514 | Finances of Acorn and Stewardship Credit Arbitrage Fund, LLC |
| Richard Feldman<br>Maven Strategic Solutions, LLC<br>516-835-2025 | Finances of Acorn |
| Deborah Lindstrom | Lack of defendants' involvement in fraud |
| Domenic Miele<br>103 W. Hartsdale Avenue<br>Hartsdale, NY  10530<br>914-288-0776 | Lending operations of Acorn |
| Thomas J. Petters<br>Register #14170-041<br>USP Leavenworth<br>1300 Metropolitan Lane<br>Leavenworth, KS  66048<br>913-682-8700 | Lack of defendants' involvement in fraud |
| Marlon Quan<br>500 West Putnam Avenue, Suite 400<br>Greenwich, CT  06830<br>203-302-3390 | All claims asserted against defendants by the plaintiff |
| Jessica Rausch | Sales of membership interests |
| John Ruggiero<br>EuroPacific Capital, Inc.<br>88 Post Road West – 3rd Floor<br>Westport, CT  06880<br>203-662-9700 | Operations of SIA including sales of membership interests and compliance with securities laws |
| Donald Ryba<br>Senior Staff Accountant<br>Enforcement Division<br>Securities and Exchange Commission<br>175 West Jackson Boulevard, Suite 900<br>Chicago, IL  60604<br>312-353-7390 | Contentions of plaintiff, witness statements and finances of Acorn, SIA and Stewardship Credit Arbitrage Fund, LLC |
| Paul Seidenwar<br>c/o David Gourevitch<br>David Gourevitch, P.C.<br>950 Third Avenue, 15th Floor<br>New York, NY  10022<br>212-355-1300 | Origination and monitoring of loans |

| Sandeep Srinath | DZ Bank loan to finance acquisition of Petters notes |
|---|---|
| Mark Sullivan<br>Chief Credit Officer<br>Muneris Capital Group, LLC<br>526 7th Avenue, 6th Floor<br>New York, NY 10018<br>212-494-9039 | Origination and monitoring of loans |
| Jennifer Wikoff | DZ Bank loan to finance acquisition of Petters notes |

## II.   RELEVANT DOCUMENTS AND TANGIBLE THINGS

Except for documents and tangible things subject to a claim of protection under the attorney-client privilege or the work product doctrine, defendants have previously produced to plaintiff pursuant to subpoenas and informal requests for documents and information all known documents and tangible things that could be located with reasonable diligence and which may be used to support the claims or defenses in this action.

## III.   COMPUTATION OF DAMAGES

Defendants do not seek an award of damages.

## IV.   INSURANCE AGREEMENT

Defendants are producing a copy of an insurance policy underwritten by Chartis Insurance. Defendants make no representation concerning the likelihood of any recovery

(with respect to possible judgment or otherwise) pursuant to the policy, and note that Chartis has asserted that it has no liability under the policy.

Respectfully submitted,

Dated: May 16, 2012

Bruce E. Coolidge (Reg. No. 278952)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6376

Brian R. Michael (Reg. No. 240560)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
(213) 443-5374

Thomas J. Radio (Reg. No. 137029)
Best & Flanagan LLP
225 South Sixth Street, Suite 4000
Minneapolis, MN  55402

Attorneys for Defendants