# EXHIBIT C

                                                              Page 1

 1                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MINNESOTA
 2
     ---------------------------------
 3   UNITED STATES SECURITIES AND    )
     EXCHANGE COMMISSION,            )
 4           Plaintiff,              )
                                     ) CIVIL ACTION
 5           v.                      ) No. 11-cv-00723-ADM-JSM
                                     )
 6   MARLON QUAN; ACORN CAPITAL      )
     GROUP, LLC; STEWARDSHIP         )
 7   INVESTMENT ADVISORS, LLC;       )
     STEWARDSHIP CREDIT ARBITRAGE    )
 8   FUND, LLC; PUTNAM GREEN, LLC;   )
     LIVINGSTON ACRES, LLC; and      )
 9   ACG II, LLC,                    )
             Defendants.             )
10                                   )
     FLORENE QUAN,                   )
11           Relief Defendant,       )
                                     )
12           -and-                   )
                                     )
13   DZ BANK, AG DEUTSCHE ZENTRAL-   )
     GENOSSENSCHAFTSBANK, FRANKFURT  )
14   AM MAIN ("DZ BANK"),            )
             Intervenor.             )
15   ---------------------------------
16
17
18
19             DEPOSITION OF STANLEY P. FISHKIN
20                    November 27, 2012
21                       10:21 AM
22
23
24
25

Page 191

1  colleges.
2      Q.  And what was the last date of your involvement
3  in Stewardship Foundation?
4      A.  A couple years ago.
5      Q.  Okay.  And we talked earlier about Brighter
6  Planet.  What is Brighter Planet?
7      A.  Brighter Planet is a start-up that's winding
8  up -- winding down, winding up.  Bank America was its
9  issuing bank, and unfortunately, Lehman went down, the
10 world fell apart, and while it's been a successful
11 investment in the sense that we're getting about half
12 the money back, it's -- can't go anywhere.
13     Q.  And what was it?  It was a credit card --
14     A.  Credit card.
15     Q.  Credit card?
16     A.  Yup.
17     Q.  And what was the thesis on how it would
18 generate money?
19     A.  The thesis was that it would attract people
20 that were concerned about the environment and for every
21 dollar they spent, they would get environmental points,
22 and then they would buy credits and retire them.  So it
23 was a nice idea.  A credit card didn't work really from
24 the beginning.  The debit card was really very
25 successful, but they proved to be not much of a partner

Page 192

1  when they were falling apart.
2      Q.   And you solicited investments -- or you
3  solicited Mr. Quan to be an investor in Brighter --
4      A.   He wanted to know if I had anything that he
5  could do.
6      Q.   Okay.  And you're aware that Mr. Quan invested
7  $250,000 in --
8      A.   250.
9      Q.   Okay.  Do you know what the status of that
10 investment is now?
11     A.   He'll probably get back a hundred and a
12 quarter.
13     Q.   Approximately when?
14     A.   It will be two payments.  The first payment
15 will be early in '13.  The second payment will be when
16 we receive our last payment from the bank, which will
17 probably be the end of the third quarter.
18     Q.   Okay.  What is Worth Mountain?
19     A.   Worth Mountain is a company that no longer
20 exists.  It was a holding company for the leveraged
21 buyout of a company in the Northeast Kingdom of Vermont
22 called NSA Industries.  Worth Mountain has been folded
23 into NSA Industries, and NSA Industries is a profitable
24 company that is in the machine shop business.  It does
25 about 40 million a year and is growing.