# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| United States Securities and Exchange Commission, | **COURT MINUTES** |
| | BEFORE: Janie S. Mayeron |
| Plaintiff, | U.S. Magistrate Judge |
| v. | |
| Marlon Quan et.al., | |
| Defendants. | |

| | |
|---|---|
| Case No: | 11cv723 (ADM/JSM) |
| Date: | January 3, 2013 |
| Court Reporter: | |
| Courthouse: | St. Paul |
| Courtroom: | 6B |
| Tape Number: | |
| Time Commenced: | 10:09 |
| Time Concluded: | 12:17 |
| Time in Court: | 2 Hours & 8 Minutes |

APPEARANCES:

   For Plaintiff:      John E. Birkenheier, Esq., Timothy S. Leiman, Esq.
   For Defendant:   Brian E. Coolidge, Esq.

   Interpreter / Language:    N/A

   IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**    ☒ COURT    ☐ PLAINTIFF    ☐ DEFENDANT

Parties Agreed Motion to Extend Discovery Deadlines [Docket No. 201] GRANTED.

Motions taken under advisement as of January 3, 2013: Plaintiff's Rule 16(b) Motion for Extension of Discovery Deadlines [Docket No. 202]

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                  s/MES
                                             Signature of Law Clerk