## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| U.S. Securities and Exchange Commission, | Civil No. 11-723 (ADM/JSM) |
| Plaintiff, | |
| v. | |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC, and ACG II, LLC, | |
| Defendants, | |
| Florene Quan, | |
| Relief Defendant, | |
| Nigel Chatterjee, | |
| Intervenor, | |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main, | |
| Intervenor, | |
| Sovereign Bank, | |
| Intervenor, | |
| and | |
| Gary Hansen, | |
| Receiver. | |

___

**MOTION OF LIQUIDATING TRUSTEE GARY HANSEN TO APPROVE PAYMENTS FOR OPPENHEIMER WOLFF & DONNELLY LLP**

Gary Hansen, Receiver for Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, and Livingston Acres, LLC, respectfully moves this Court for an Order directing the Receiver to pay the Receiver's attorneys' fees and costs for the month of December 2012 to Oppenheimer Wolff & Donnelly LLP in the amount of $20,153.21.

This motion is supported by the accompanying affidavit of Gary Hansen and the files and proceedings herein.

Pursuant to the Court's June 8, 2012 Supplemental Order [Docket No. 162], Receiver Hansen is not obtaining a hearing date for this Motion. Objections to this Motion are due within seven days. If an objection is not filed within this seven-day period, the Court will rule on the Motion without a hearing.

Date: January 18, 2013     **OPPENHEIMER WOLFF & DONNELLY LLP**

By: _s/ Gary Hansen_
Gary Hansen (#40617)

Campbell Mithun Tower - Suite 2000
222 South Ninth Street
Minneapolis, Minnesota  55402-3338
Telephone:  (612) 607-7000
Fax Telephone:  (612) 607-7100
E-Mail:  *ghansen@oppenheimer.com*

**RECEIVER FOR STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC**