# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MARLON QUAN; ACORN CAPITAL GROUP, LLC; STEWARDSHIP INVESTMENT ADVISORS, LLC; STEWARDSHIP CREDIT ARBITRAGE FUND, LLC; PUTNAM GREEN, LLC; LIVINGSTON ACRES, LLC; and ACG II, LLC,<br><br>    Defendants,<br><br>FLORENE QUAN,<br><br>    Relief Defendant,<br><br>NIGEL CHATTERJEE; DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN and SOVEREIGN BANK,<br><br>    Intervenors,<br><br>GARY HANSEN,<br><br>    Receiver. | Civil No. 11-723 ADM/JSM<br><br>**MOTION TO (1) INTERVENE AND (2) MODIFY ORDER APPOINTING RECEIVER** |

  Intervenors Topwater Exclusive Fund III, LLC, Freestone Low Volatility Partners, LP, and Freestone Low Volatility Qualified Partners LP respectfully move this Court for entry of an Order (1) granting this Motion to Intervene and (2) modifying the Court's Order of April 30, 2012 [Docket. No. 149] to permit the Receiver to immediately commence the claims process and propose a plan of distribution. This Motion is based

upon Fed. R. Civ. P. 24, the accompanying Memorandum of Law, the arguments of counsel, and all other relevant documents and proceedings in this matter.

Dated:  February 7, 2013

**WARNER LAW, LLC**

By:  s/George E. Warner, Jr.
     George E. Warner, Jr. (#0222719)

120 South Sixth Street, Suite 1515
Minneapolis, MN 55402-1817
(952) 922-7700
george@warnerlawmn.com

**PRYOR CASHMAN LLP**
Jonathan T. Shepard
(pro hac vice pending / NY 4057337)
jshepard@pryorcashman.com
Robert M. Fleischer
(pro hac vice pending / NY 2528172)
rfleischer@pryorcashman.com
Eric M. Fishman
(pro hac vice pending / NY 4401113)
efishman@pryorcashman.com
7 Times Square
New York, New York 10036-6569
(212) 421-4100

*Attorneys for Intervenors Topwater Exclusive Fund III, LLC; Freestone Low Volatility Partners, LP; and Freestone Low Volatility Qualified Partners, LP*