# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 11-723 ADM/JSM<br>) |
| MARLON QUAN; ACORN CAPITAL GROUP, LLC; STEWARDSHIP INVESTMENT ADVISORS, LLC; STEWARDSHIP CREDIT ARBITRAGE FUND, LLC; PUTNAM GREEN, LLC; LIVINGSTON ACRES, LLC; and ACG II, LLC, | ) **NOTICE OF HEARING ON**<br>) **MOTION TO (1) INTERVENE**<br>) **AND (2) MODIFY ORDER**<br>) **APPOINTING RECEIVER**<br>)<br>)<br>) |
| Defendants, | )<br>) |
| FLORENE QUAN, | ) |
| Relief Defendant, | )<br>) |
| NIGEL CHATTERJEE; DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN and SOVEREIGN BANK, | )<br>)<br>)<br>)<br>) |
| Intervenors, | )<br>) |
| GARY HANSEN, | ) |
| Receiver. | ) |

_____)

**PLEASE TAKE NOTICE THAT** the Movants/Intervenors Topwater Exclusive Fund III, LLC, Freestone Low Volatility Partners, LP, and Freestone Low Volatility Qualified Partners LP will bring on a Motion to Intervene and Modify Order Appointing Receiver before the Honorable Ann D. Montgomery, United States District Judge, United States Courthouse, Courtroom No. 13 West, 300 South 4th Street, Minneapolis, MN 55415, on March 22, 2013, at 11:00 a.m.  Movant's/Intervenor's motion will be based

upon the accompanying submissions, the arguments of counsel, and all other documents and proceedings in this matter.

Dated:  February 7, 2013

**WARNER LAW, LLC**

By:  s/George E. Warner, Jr.
George E. Warner, Jr. (#0222719)

120 South Sixth Street, Suite 1515
Minneapolis, MN 55402-1817
(952) 922-7700
george@warnerlawmn.com

**PRYOR CASHMAN LLP**
Jonathan T. Shepard
(pro hac vice pending / NY 4057337)
jshepard@pryorcashman.com
Robert M. Fleischer
(pro hac vice pending / NY 2528172)
rfleischer@pryorcashman.com
Eric M. Fishman
(pro hac vice pending / NY 4401113)
efishman@pryorcashman.com
7 Times Square
New York, New York 10036-6569
(212) 421-4100

*Attorneys for Intervenors Topwater Exclusive Fund III, LLC; Freestone Low Volatility Partners, LP; and Freestone Low Volatility Qualified Partners, LP*