UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____
                                            )
UNITED STATES SECURITIES AND                )
EXCHANGE COMMISSION,                        )
                Plaintiff,                    )
                                            )
            v.                               )   Civil No. 11-723 ADM/JSM
                                            )
MARLON QUAN; ACORN CAPITAL GROUP,           )   **CERTIFICATE OF SERVICE OF**
LLC; STEWARDSHIP INVESTMENT                 )   **PROPOSED ORDER**
ADVISORS, LLC; STEWARDSHIP CREDIT           )
ARBITRAGE FUND, LLC; PUTNAM GREEN,          )
LLC; LIVINGSTON ACRES, LLC; and ACG II,     )
LLC,                                        )
                                            )
                Defendants,                   )
                                            )
FLORENE QUAN,                               )
                Relief Defendant,             )
                                            )
NIGEL CHATTERJEE; DZ BANK AG                )
DEUTSCHE ZENTRAL-                           )
GENOSSENSCHAFTSBANK, FRANKFURT              )
AM MAIN and SOVEREIGN BANK,                 )
                                            )
                Intervenors,                  )
                                            )
GARY HANSEN,                                )
                Receiver.                     )
_____)

I hereby certify that on February 7, 2013, I caused the following proposed Order:

   *MOTION TO (1) INTERVENE AND (2) MODIFY ORDER APPOINTING RECEIVER*

to be filed with the Court via e-mail to the following judge who is hearing the motion:

   *The Honorable Ann D. Montgomery*

and I certify that I caused a copy of the proposed order to be e-mailed as noted below, to the following:

| | |
|---|---|
| Ben M. Krowicki | ben.krowicki@bingham.com |
| Brian R. Michael | brian.michael@wilmerhale.com |
| Bruce E. Coolidge | bruce.coolidge@wilmerhale.com |
| Charles A. Dale , III | chad.dale@klgates.com |
| Charles J. Kerstetter | kerstetterc@sec.gov |
| Daniel C. Beck | dbeck@winthrop.com |
| Gary M. Hansen | ghansen@oppenheimer.com |
| Geoffrey P. Jarpe | geoffrey.jarpe@maslon.com |
| Hille R. Sheppard | hsheppard@sidley.com |
| James A. Fortosis | jfortosis@sidley.com |
| James S. Alexander | jim.alexander@usdoj.gov |
| John Harper , III | jharper@messerlikramer.com |
| John E. Birkenheier | birkenheierj@sec.gov |
| Joshua A. Hasko | jhasko@messerlikramer.com |
| Mackenzie L. Shea | mackenzie.shea@klgates.com |
| Mark Borrelli | mborrelli@sidley.com |
| Michael A. Rosow | mrosow@winthrop.com |
| Nicholas J. Eugster | neugster@messerlikramer.com |
| Sally J. Hewitt | hewitts@sec.gov |
| Sanket J. Bulsara | Sanket.Bulsara@wilmerhale.com |
| Sofia A. Estrellado | sestrellado@winthrop.com |
| Stephen Curtis Carlson | scarlson@sidley.com |
| Thomas H. Boyd | tboyd@winthrop.com |
| Thomas J. Radio | tradio@bestlaw.com |
| Timothy S. Leiman | leimant@sec.gov |

Dated:  February 7, 2013

**WARNER LAW, LLC**

By:  s/George E. Warner, Jr.
  George E. Warner, Jr. (#0222719)

120 South Sixth Street, Suite 1515
Minneapolis, MN 55402-1817
(952) 922-7700
george@warnerlawmn.com

**PRYOR CASHMAN LLP**
Jonathan T. Shepard
(pro hac vice pending / NY 4057337)
jshepard@pryorcashman.com
Robert M. Fleischer

(pro hac vice pending / NY 2528172)
rfleischer@pryorcashman.com
Eric M. Fishman
(pro hac vice pending / NY 4401113)
efishman@pryorcashman.com
7 Times Square
New York, New York 10036-6569
(212) 421-4100

*Attorneys for Intervenors Topwater Exclusive Fund III, LLC; Freestone Low Volatility Partners, LP; and Freestone Low Volatility Qualified Partners, LP*