# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U.S. COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612. 664.5090

February 21, 2013

Jonathan T. Shepard, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY   10036-6569

VIA CM/ECF

**RE: UNITED STATES SECURITIES AND EXCHANGE COMMISSION v. QUAN
CIVIL CASE NO. 11-723 ADM/JSM**

Dear Mr. Shepard:

    I have received your February 19, 2013 letter [Docket No. 230] requesting permission to file a reply memorandum in response to the Security and Exchange Commission's Memorandum in Response to the "Preferred Investors'" Motion to Intervene and Modify Order Appointing Receiver [Docket No. 228].  You may file a reply memorandum of law not to exceed 2,000 words on or before March 7, 2013.

Very truly yours,

s/Ann D. Montgomery

Ann D. Montgomery