

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>HOUSTON<br>LONDON | LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| hsheppard@sidley.com<br>(312) 853 7850 | FOUNDED 1866 | |

March 1, 2013

**By ECF AND Federal Express**

The Honorable Ann D. Montgomery
United States District Court
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    <u>SEC v. Quan *et al.*, No. 11-cv-723</u>

Dear Judge Montgomery:

    I am one of the attorneys for Intervenor DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank"), and I write to you in connection with the Preferred Investors' Motion To Intervene And Modify Order Appointing Receiver (ECF No. 220), which was filed on February 7, 2013.

    DZ Bank initially did not intend to file a response to the Preferred Investors' Motion, however, on February 14, 2013, the SEC filed an opposition to the Preferred Investors' Motion (ECF No. 228), and on February 26, 2013, the Receiver filed an opposition to the Preferred Investors' Motion (ECF No. 235). The SEC and the Receiver both make arguments related to the funds frozen by the Court to which DZ Bank has a priority claim, and the SEC's brief makes a number of inaccurate representations about DZ Bank, which we believe warrant a response.

    Accordingly, DZ Bank respectfully requests an opportunity to file a brief of not more than 4,500 words in response to the Preferred Investors' Motion and the SEC's and Receiver's oppositions to that Motion. DZ Bank respectfully requests until March 7, 2013 to file its response brief.

    Thank you in advance for your consideration of this request.

**SIDLEY AUSTIN LLP**
**SIDLEY**

The Honorable Ann D. Montgomery
March 1, 2013
Page 2

Very truly yours,

*Hille R. Sheppard*

Hille R. Sheppard