# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF  
ANN D. MONTGOMERY  
DISTRICT JUDGE

13W U.S. COURTHOUSE  
MINNEAPOLIS, MINNESOTA 55415  
612. 664.5090

March 4, 2013

Jonathan T. Shepard, Esq.  
Pryor Cashman LLP  
7 Times Square  
New York, NY   10036-6569

Hille R. Sheppard, Esq.  
Sidley Austin LLP  
One South Dearborn Street  
Chicago, IL   60603

VIA CM/ECF

**RE: UNITED STATES SECURITIES AND EXCHANGE COMMISSION v. QUAN**
**CIVIL CASE NO. 11-723 ADM/JSM**

Dear Mr. Shepard and Ms. Sheppard:

    I have received Mr. Shepard's March 1, 2013 letter [Docket No. 236] requesting permission to respond to the SEC and Receiver's opposition briefs [Docket Nos. 228, 235], and Ms. Sheppard's March 1, 2013 letter requesting permission to respond to the Motion to Intervene and Modify Order Appointing Receiver [Docket No. 220] and to the SEC and Receiver's oppositions to the Motion.  You may each file a single memorandum of law not to exceed 3,000 words on or before March 14, 2013 in response to the SEC and Receiver's oppositions to the Motion.

                                                 Very truly yours,

                                                 s/Ann D. Montgomery

                                               Ann D. Montgomery