# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

U.S. Securities and Exchange Commission,    Civil No. 11-723 ADM/JSM

        Plaintiff,

  v.

Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC, and ACG II, LLC,

        Defendants,

Florene Quan,

        Relief Defendant,

Nigel Chatterjee,

        Intervenor,

DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main,

        Intervenor,

Sovereign Bank,

        Intervenor,

    and

Gary Hansen,

        Receiver.

_____

## ORDER FOR AUTHORIZATION TO MAKE PAYMENTS TO
## OPPENHEIMER WOLFF & DONNELLY LLP

This matter is before the Court pursuant to the Motion [Docket No. 232] of Receiver Gary Hansen (the "Receiver") for an order authorizing him to make interim payments for attorneys' fees and costs for the month of January 2013 to Oppenheimer Wolff & Donnelly LLP. No objections were filed.

Based on the pleadings, files and records herein, including the Court's *in camera* review of the detailed invoices, the Court finds the requested fees and expenses to be reasonable and necessary.

Accordingly, **IT IS HEREBY ORDERED THAT**:

The Receiver's Motion [Docket No. 232] is GRANTED. The Receiver is authorized to make payment to Oppenheimer Wolff & Donnelly LLP in the amount of $9,671.70.

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: March 7, 2013.