# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

U.S. Securities and Exchange Commission,   Civil No. 11-723 (ADM/JSM)

        Plaintiff,

   v.

Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC, and ACG II, LLC,

        Defendants,

Florene Quan,

        Relief Defendant,

Nigel Chatterjee,

        Intervenor,

DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main,

        Intervenor,

Sovereign Bank,

        Intervenor,

   and

Gary Hansen,

        Receiver.
_____

**CERTIFICATE OF SERVICE OF PROPOSED ORDER**

I hereby certify that on March 22, 2013, I caused the Proposed Order for the:

*Motion of Liquidating Trustee Gary Hansen To Approve Payments For Oppenheimer Wolff & Donnelly LLP; Affidavit of Gary Hansen in Support of Fee Application for Oppenheimer Wolff & Donnelly LLP*

to be filed with the court via email to the following judge who is hearing the motion:

*The Honorable Ann D. Montgomery*

And I certify that I caused a copy of the Proposed Order to be e-mailed as noted below, to the following:

| | |
|---|---|
| Ben M. Krowicki | ben.krowicki@bingham.com |
| Brian R. Michael | brian.michael@wilmerhale.com |
| Bruce E. Coolidge | bruce.coolidge@wilmerhale.com |
| Charles A. Dale , III | chad.dale@klgates.com |
| Charles J. Kerstetter | kerstetterc@sec.gov |
| Daniel C. Beck | dbeck@winthrop.com |
| Eric M. Fishman | efishman@pryorcashman.com |
| Gary M. Hansen | ghansen@oppenheimer.com |
| Geoffrey P. Jarpe | geoffrey.jarpe@maslon.com |
| George E. Warner, Jr. | George@warnerlawmn.com |
| Hille R. Sheppard | hsheppard@sidley.com |
| James A. Fortosis | jfortosis@sidley.com |
| James S. Alexander | jim.alexander@usdoj.gov |
| John Harper , III | jharper@messerlikramer.com |
| John E. Birkenheier | birkenheierj@sec.gov |
| Jonathan T. Shepard | jshepard@pryorcashman.com |
| Joshua A. Hasko | jhasko@messerlikramer.com |
| Laura Schwalbe | laura.schwalbe@wilmerhale.com |
| Mackenzie L. Shea | mackenzie.shea@klgates.com |
| Mark Borrelli | mborrelli@sidley.com |
| Michael A. Rosow | mrosow@winthrop.com |
| Robert M. Fleisher | rfleischer@pryorcashman.com |
| Sally J. Hewitt | hewitts@sec.gov |
| Sanket J. Bulsara | Sanket.Bulsara@wilmerhale.com |
| Sofia A. Estrellado | sestrellado@winthrop.com |
| Stephen Curtis Carlson | scarlson@sidley.com |
| Thomas H. Boyd | tboyd@winthrop.com |
| Thomas J. Radio | tradio@bestlaw.com |

Timothy S. Leiman  leimant@sec.gov

Date: March 22, 2013  **OPPENHEIMER WOLFF & DONNELLY LLP**

By: _s/ Gary Hansen_
 Gary Hansen (#40617)

Campbell Mithun Tower - Suite 2000
222 South Ninth Street
Minneapolis, Minnesota 55402-3338
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
E-Mail: *ghansen@oppenheimer.com*

**RECEIVER FOR STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC**

2977435  v.1