**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

U.S. Securities and Exchange Commission,                    Civil No. 11-723 ADM/JSM

            Plaintiff,

     v.

Marlon Quan, Acorn Capital Group,
LLC and Stewardship Investment
Advisors, LLC, Stewardship Credit
Arbitrage Fund, LLC, Putnam Green,
LLC, Livingston Acres, LLC, and
ACG II, LLC,

            Defendants,

Florene Quan,

            Relief Defendant,

Nigel Chatterjee,

            Intervenor,

DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main,

            Intervenor,

Sovereign Bank,

            Intervenor,

     and

Gary Hansen,

            Receiver.

_____

**ORDER FOR AUTHORIZATION TO MAKE PAYMENTS TO
OPPENHEIMER WOLFF & DONNELLY LLP**

This matter is before the Court pursuant to the Motion [Docket No. 245] of

Receiver Gary Hansen (the "Receiver") for an order authorizing him to make interim

payments for attorneys' fees and costs for the month of February 2013 to Oppenheimer

Wolff & Donnelly LLP.  No objections were filed.

Based on the pleadings, files and records herein, including the Court's *in camera*

review of the detailed invoices, the Court finds the requested fees and expenses to be

reasonable and necessary.

Accordingly, **IT IS HEREBY ORDERED THAT**:

The Receiver's Motion [Docket No. 245] is GRANTED.  The Receiver is authorized

to make payment to Oppenheimer Wolff & Donnelly LLP in the amount of $22,961.29.

BY THE COURT:


            s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  April 1, 2013.