# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MARLON QUAN; ACORN CAPITAL GROUP, LLC; STEWARDSHIP INVESTMENT ADVISORS, LLC;  STEWARDSHIP CREDIT ARBITRAGE FUND, LLC; PUTNAM GREEN, LLC; LIVINGSTON ACRES, LLC; and ACG II, LLC,<br><br>    Defendants,<br><br>FLORENE QUAN,<br>    Relief Defendant,<br><br>NIGEL CHATTERJEE; DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, SOVEREIGN BANK, TOPWATER EXCLUSIVE FUND III, LLC, FREESTONE LOW VOLATILITY PARTNERS, LP and FREESTONE LOW VOLATILITY QUALIFIED PARTNERS, LP<br><br>    Intervenors,<br><br>GARY HANSEN,<br>    Receiver. | Civil No. 11-723 ADM/JSM |

**AMENDED NOTICE OF HEARING ON MOTION TO**
**DISMISS ACTION WITH PREJUDICE AS TO**
<u>**DEFENDANT STEWARDSHIP CREDIT ARBITRAGE FUND, LLC**</u>

PLEASE TAKE NOTICE that on July 24, 2013 at 9:00 a.m. (CST), or as soon thereafter as counsel may be heard, in front of the Honorable Judge Ann D. Montgomery, 300 South 4th Street, United States Courthouse, Courtroom 13 W, Minneapolis, MN, 55415, the Court will hear the Intervenors' motion to dismiss this action against Defendant Stewardship Credit Arbitrage Fund, LLC.

Dated   May 31, 2013

**WARNER LAW, LLC**

By:   s/George E. Warner, Jr.
         George E. Warner, Jr.

120 South Sixth Street
Minneapolis, MN 55402-1817
(952) 922-7700
george@warnerlawmn.com

**PRYOR CASHMAN LLP**
Jonathan T. Shepard (NY 4057337)
Robert M. Fleischer (NY 2528172)
Eric M. Fishman (NY 4401113)
7 Times Square
New York, New York 10036-6569
(212) 421-4100

*Attorneys for Intervenors Topwater Exclusive Fund III, LLC; Freestone Low Volatility Partners, LP; and Freestone Low Volatility Qualified Partners, LP*