# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES SECURITIES                : 
AND EXCHANGE COMMISSION,                 : 
                                                       : 
        Plaintiff,                       : 
                                                       : CIVIL NO. 11-723 (ADM-JSM) 
     v.                               : 
                                                       : 
MARLON QUAN, *et al.*,                   : 
                                                       : 
        Defendants.                      : 
                                                         : 

## RELIEF DEFENDANT FLORENE QUAN'S
## MOTION FOR SUMMARY JUDGMENT

       Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Relief Defendant

Florene Quan respectfully requests that the Court grant her Motion for Partial Summary

Judgment.

Wherefore, Relief Defendant Florene Quan respectfully requests that the Court grant her motion for summary judgment.

Dated:  June 3, 2013

Respectfully submitted,

*Laura Schwalbe*

Bruce E. Coolidge (Reg. No. 278952)
Laura Schwalbe (Reg. No. 1011907)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6000
bruce.coolidge@wilmerhale.com
laura.schwalbe@wilmerhale.com
(admitted *pro hac vice*)

Sanket Bulsara (Reg. No. 4181640)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
sanket.bulsara@wilmerhale.com
(admitted *pro hac vice*)

Attorneys for Relief Defendant Florene Quan