UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : CIVIL NO. 11-723 (ADM-JSM) |
| v. | : : |
| MARLON QUAN, *et al.*, | : : |
| Defendants. | : : |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(c) AND (e)

Counsel for relief defendant Florene Quan hereby certify that its Memorandum in Support of Motion for Summary Judgment on Behalf of "Relief Defendant" Florene Quan contains 10,112 words and therefore complies with Local Rule 7.1(c). The word count was calculated using the counting function of Microsoft Word 2010, the word processing program used to prepare the brief, and includes headings, footnotes, and quotations. The brief also uses size 13 font type in compliance with Local Rule 7.1(e).

Dated: June 3, 2013

*/s/ Laura K. Schwalbe*
Laura K. Schwalbe