**Exhibits to Relief Defendant Florene Quan's Motion for Summary Judgment**

1. Florene Quan Declaration dated June 3, 2013
2. Marlon Quan Declaration dated June 3, 2013
3. Dep. Of Deanna Coleman dated July 28, 2010
4. Expert Report of Michael G. Mayer dated January 7, 2013
5. Dep. of Richard Feldman dated December 17, 2012
6. Dep. Of Florene Quan dated June 24, 2011
7. Dep. of Marlon Quan dated June 23, 2011
8. Quan Declaration dated April 7, 2011
9. Bluestone Due Diligence Memo bates-numbered SIAC SEC 218532-540
10. Apex Correspondence
11. Dep. of Domenic Miele dated March 2, 2010
12. Dep. of Marlon Quan dated December 8, 2009
13. Dep. of Marlon Quan dated August 26, 2010
14. Dep. of Paul Seidenwar dated March 3, 2010
15. Credit Manual
16. Dep. of Dominic Miele dated November 9, 2010
17. Dep. of Robert Bucci dated August 27, 2010
18. Dep. of Joanne Labrusciano dated August 14, 2010
19. Dep. of Dominick Ruggiero dated August 7, 2012
20. PPM for SCAF Class A dated August 1, 2004
21. SCAF LLC Class A Subscription Agreement Instructions
22. SCAF Marketing PowerPoint
23. Lockbox Account Agreement dated November 1, 2004
24. Dep. of Matthew Lyon December 4, 2012
25. Dep. of Jules Pomerantz dated December 11, 2012
26. Dep. of John Ruggiero dated October 16, 2012
27. Dep. of John-Paul Bailey dated March 12, 2013
28. E-mail chain between Marlon Quan and DZ Bank dated November 16, 2005
29. Dep. of Michael Mayer dated May 9, 2013
30. Convergence Due Diligence Memo bates-stamped CWA_Quan_000001-000007
31. Dep. of Mark Sullivan dated August 9, 2012