**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

U.S. Securities and Exchange Commission,                    Civil No. 11-723 (ADM/JSM)

                Plaintiff,

       v.

Marlon Quan, Acorn Capital Group,
LLC, Stewardship Investment
Advisors, LLC, Stewardship Credit
Arbitrage Fund, LLC, Putnam Green,
LLC, Livingston Acres, LLC, and
ACG II, LLC,

                Defendants,

Florene Quan,

                Relief Defendant,

Nigel Chatterjee,

                Intervenor,

DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main,

                Intervenor,

Sovereign Bank,

                Intervenor,

Topwater Exclusive Fund III, LLC,
Freestone Low Volatility Partners, LP and
Freestone Low Volatility Qualified Partners, LP

                Intervenors,

and

Gary Hansen,

       Receiver.

_____

## MOTION OF DEFENDANTS STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC FOR APPROVAL OF STIPULATION REGARDING STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC

Defendants Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, and Livingston Acres, LLC (the "Receivership Defendants") hereby move the Court for an order approving the Stipulation Regarding Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, and Livingston Acres, LLC ("Stipulation.) The Stipulation has been executed on behalf of the Securities and Exchange Commission, the Quan defendants (Marlon Quan, Florene Quan, Acorn Capital Group, LLC, Stewardship Investment Advisors, LLC, and ACG II, LLC) and the Receivership Defendants. This motion is based on the Stipulation on the Receivership Defendants' Memorandum of Law, and on all filings and proceedings in this matter.

3

Date:  June 6, 2013          **OPPENHEIMER WOLFF & DONNELLY LLP**


By: ___s/ Gary Hansen_____
        Gary Hansen (#40617)

Campbell Mithun Tower - Suite 2000
222 South Ninth Street
Minneapolis, Minnesota  55402-3338
Telephone:  (612) 607-7000
Fax Telephone:  (612) 607-7100
E-Mail:  *ghansen@oppenheimer.com*

**RECEIVER FOR STEWARDSHIP CREDIT
ARBITRAGE FUND, LLC, PUTNAM GREEN,
LLC, AND LIVINGSTON ACRES, LLC**

3007401 v.1