**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| U.S. Securities and Exchange Commission, | Civil No. 11-723 (ADM/JSM) |
| Plaintiff, | |
| v. | |
| Marlon Quan, Acorn Capital Group, LLC, Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC, and ACG II, LLC, | |
| Defendants, | |

Florene Quan,

        Relief Defendant,

Nigel Chatterjee,

        Intervenor,

DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main,

        Intervenor,

Sovereign Bank,

        Intervenor,

Topwater Exclusive Fund III, LLC,
Freestone Low Volatility Partners, LP and
Freestone Low Volatility Qualified Partners, LP

        Intervenors,

and

Gary Hansen,

      Receiver.

_____

**NOTICE OF MOTION OF DEFENDANTS STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC FOR APPROVAL OF STIPULATION REGARDING STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC**

  Please take notice that on July 24, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Judge Ann D. Montgomery, 300 South 4th Street United States Courthouse, Courtroom 13W, Minneapolis, Minnesota 55415, Defendants Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, and Livingston Acres, LLC will present their Motion for Approval of Stipulation Regarding Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, and Livingston Acres, LLC.

Date: June 6, 2013      **OPPENHEIMER WOLFF & DONNELLY LLP**

             By: _s/ Gary Hansen_
               Gary Hansen (#40617)

             Campbell Mithun Tower - Suite 2000
             222 South Ninth Street
             Minneapolis, Minnesota 55402-3338
             Telephone: (612) 607-7000
             Fax Telephone: (612) 607-7100
             E-Mail: *ghansen@oppenheimer.com*

             **RECEIVER FOR STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC**