# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

U.S. Securities and Exchange Commission,           Civil No. 11-723 (ADM/JSM)

        Plaintiff,

  v.

Marlon Quan, Acorn Capital Group, LLC, Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC, and ACG II, LLC,

        Defendants,

Florene Quan,

        Relief Defendant,

Nigel Chatterjee,

        Intervenor,

DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main,

        Intervenor,

Sovereign Bank,

        Intervenor,

Topwater Exclusive Fund III, LLC, Freestone Low Volatility Partners, LP and Freestone Low Volatility Qualified Partners, LP

        Intervenors,

and

Gary Hansen,

>Receiver.

_____

**CERTIFICATE OF SERVICE OF PROPOSED ORDER**

I hereby certify that on June 6, 2013, I caused the Proposed Order for the:

**Motion Of Defendants Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, And Livingston Acres, LLC For Approval Of Stipulation Regarding Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, And Livingston Acres, LLC**

to be filed with the court via email to the following judge who is hearing the motion:

*The Honorable Ann D. Montgomery*

And I certify that I caused a copy of the Proposed Order to be e-mailed as noted below, to the following:

| | |
|---|---|
| Ben M. Krowicki | ben.krowicki@bingham.com |
| Brian R. Michael | brian.michael@wilmerhale.com |
| Bruce E. Coolidge | bruce.coolidge@wilmerhale.com |
| Charles A. Dale , III | chad.dale@klgates.com |
| Charles J. Kerstetter | kerstetterc@sec.gov |
| Daniel C. Beck | dbeck@winthrop.com |
| Eric M. Fishman | efishman@pryorcashman.com |
| George E. Warner, Jr. | George@warnerlawmn.com |
| Hille R. Sheppard | hsheppard@sidley.com |
| James A. Fortosis | jfortosis@sidley.com |
| James S. Alexander | jim.alexander@usdoj.gov |
| John Harper , III | jharper@messerlikramer.com |
| John E. Birkenheier | birkenheierj@sec.gov |
| Jonathan T. Shepard | jshepard@pryorcashman.com |
| Joshua A. Hasko | jhasko@messerlikramer.com |
| Laura Schwalbe | laura.schwalbe@wilmerhale.com |

| | |
|---|---|
| Mackenzie L. Shea | mackenzie.shea@klgates.com |
| Mark Borrelli | mborrelli@sidley.com |
| Michael A. Rosow | mrosow@winthrop.com |
| Robert M. Fleischer | rfleischer@pryorcashman.com |
| Sally J. Hewitt | hewitts@sec.gov |
| Sanket J. Bulsara | Sanket.Bulsara@wilmerhale.com |
| Sofia A. Estrellado | sestrellado@winthrop.com |
| Stephen Curtis Carlson | scarlson@sidley.com |
| Thomas H. Boyd | tboyd@winthrop.com |
| Thomas J. Radio | tradio@bestlaw.com |
| Timothy S. Leiman | leimant@sec.gov |

Date: June 6, 2013            **OPPENHEIMER WOLFF & DONNELLY LLP**


By:  s/ Gary Hansen
   Gary Hansen (#40617)

Campbell Mithun Tower - Suite 2000
222 South Ninth Street
Minneapolis, Minnesota  55402-3338
Telephone:  (612) 607-7000
Fax Telephone:  (612) 607-7100
E-Mail:  *ghansen@oppenheimer.com*

**RECEIVER FOR STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC**