# OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP

Campbell Mithun Tower, Suite 2000
222 South Ninth Street
Minneapolis, MN 55402-3338
www.Oppenheimer.com

| | |
|---|---|
| Direct: | (612) 607-7584 |
| Main: | (612) 607-7000 |
| Fax: | (612) 607-7100 |
| E-Mail: | GHansen@oppenheimer.com |

June 6, 2013

**VIA ECF**

Hon. Judge Ann D. Montgomery
Attn: Calendar Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:     **United States Securities and Exchange Commission v. Marlon Quan, Acorn Capital Group, LLC et. al.**
        *Civil No. 11-cv-723-ADM-JSM*

Dear Judge Montgomery:

I write this letter as the receiver for Stewardship Credit Arbitrage Fund, LLC ("SCAF"). The Securities and Exchange Commission has noticed a summary judgment motion directed at SCAF for hearing on July 24, 2013. We have reached an agreement with the SEC to defer any additional briefing and consideration of that motion, as it pertains to SCAF, until after the presentation of other motions noticed for hearing on July 24, 2014 – including the motion of SCAF and related defendants under receivership for approval of a stipulation that relates to SCAF's role in this litigation.

Upon consultation with the Court's calendar clerk, I was advised that the Court will not require any additional briefing prior to the July 24th hearing with respect to the motion seeking summary judgment against SCAF and will not consider that motion at that time. It is my understanding that following the Court's determination of other issues being presented on July 24th, the Court will determine whether and on what schedule the summary judgment motion pertaining to SCAF will proceed.

**OPPENHEIMER**

OPPENHEIMER WOLFF & DONNELLY LLP

The Honorable Ann. D. Montgomery
DATE: June 7, 2013
PAGE: 2

I am filing this letter so all interested parties are aware of this understanding.

Very truly yours,

Gary Hansen

GH:jaa