**Exhibits to Defendants' Motion to Exclude the Testimony of Michael Mayer**

1. Expert Report of Michael Mayer dated January 7, 2013
2. SEC's Verified Responses to Defendant's Second Set of Interrogatories
3. Document bates-stamped SIAC SEC 00045249
4. Dep. of Michael Mayer dated May 9, 2013
5. Dep. of Jules Pomerantz dated December 11, 2012
6. SCAF LLC Private Placement Memorandum dated May 1, 2006
7. Compilation of Mayer C.V.s
8. Dep. of Jeffrey Marshall dated December 7, 2012
9. Dep. of Stanley Fishkin dated November 27, 2012
10. Dep. of J.P. Bailey dated March 12, 2013
11. CRA Invoice dated January 17, 2013
12. Memorandum Decision and Order SEC v. Fabrice Tourre
13. Plaintiff's Expert Disclosures dated January 7, 2013