UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARLON QUAN, *et al.*,<br><br>Defendants. | CIVIL NO. 11-723 (ADM-JSM) |

NOTICE OF HEARING ON DEFENDANTS' MOTION TO EXCLUDE EXPERT
OPINION TESTIMONY OF MICHAEL MAYER
AND OF THIRTEEN FACT WITNESSES

Please take notice that on July 24, 2013 at 9:00 a.m. (CST) or as soon thereafter as counsel may be heard, in front of the Honorable Judge Ann D. Montgomery, 300 South 4th Street, United States Courthouse, Courtroom 13 W, Minneapolis, MN, 55415,

Defendants Marlon Quan, Acorn Capital Group, LLC, Stewardship Investment Advisors, LLC, and ACG II LLC will present their Motion to Exclude Expert Opinion Testimony of Michael Mayer and of Thirteen Fact Witnesses.

Dated: June 20, 2013

Respectfully submitted,

*Laura Schwalbe*

Bruce E. Coolidge (Reg. No. 278952)
Laura Schwalbe (Reg. No. 1011907)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6000
bruce.coolidge@wilmerhale.com
laura.schwalbe@wilmerhale.com
(admitted *pro hac vice*)

Sanket Bulsara (Reg. No. 4181640)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
sanket.bulsara@wilmerhale.com
(admitted *pro hac vice*)

Attorneys for Defendants