UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MARLON QUAN, *et al.*, <br><br> Defendants. | CIVIL NO. 11-723 (ADM-JSM) |

MEET AND CONFER STATEMENT

In connection with Defendants' Motion to Exclude Expert Opinion Testimony of Michael Mayer and of Thirteen Fact Witnesses, pursuant to Local Rule 7.1(a), Tim Leiman (counsel for plaintiff Securities and Exchange Commission) conferred with Bruce Coolidge (counsel for Defendants) regarding the above motion. The parties were

unable to agree on resolution of the motion.

Dated: June 20, 2013

Respectfully submitted,

*[signature]*

Bruce E. Coolidge (Reg. No. 278952)
Laura Schwalbe (Reg. No. 1011907)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6000
bruce.coolidge@wilmerhale.com
laura.schwalbe@wilmerhale.com
(admitted *pro hac vice*)

Sanket Bulsara (Reg. No. 4181640)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
sanket.bulsara@wilmerhale.com
(admitted *pro hac vice*)

Attorneys for Defendants