UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MARLON QUAN; ACORN CAPITAL GROUP, LLC; STEWARDSHIP INVESTMENT ADVISORS, LLC; STEWARDSHIP CREDIT ARBITRAGE FUND, LLC; PUTNAM GREEN, LLC; LIVINGSTON ACRES, LLC; and ACG II, LLC,<br><br>　　　　　　Defendants,<br><br>FLORENE QUAN,<br>　　　　　　Relief Defendant,<br><br>NIGEL CHATTERJEE; DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, SOVEREIGN BANK, TOPWATER EXCLUSIVE FUND III, LLC, FREESTONE LOW VOLATILITY PARTNERS, LP AND FREESTONE LOW VOLATILITY QUALIFIED PARTNERS, LP<br><br>　　　　　　Intervenors,<br><br>GARY HANSEN,<br>　　　　　　Receiver. | Civil No. 11-723 ADM/JSM |

**CERTIFICATE OF SERVICE OF PROPOSED ORDER**

I hereby certify that on June 20, 2013, I caused the Proposed Order Excluding Expert Testimony to be filed with the court via e-mail to the following judge who is

hearing the motion:

*The Honorable Ann D. Montgomery*

I certify that I caused a copy of the Proposed Order to be e-mailed as noted below, to the following:

| | |
|---|---|
| Ben M. Krowicki | ben.krowicki@bingham.com |
| Brian R. Michael | brian.michael@wilmerhale.com |
| Bruce E. Coolidge | bruce.coolidge@wilmerhale.com |
| Charles A. Dale, III | chad.dale@klgates.com |
| Charles J. Kerstetter | kerstetterc@sec.gov |
| Daniel C. Beck | dbeck@winthrop.com |
| Eric M. Fishman | efishman@pryorcashman.com |
| Gary M. Hansen | ghansen@oppenheimer.com |
| Geoffrey P. Jarpe | geoffrey.jarpe@maslon.com |
| George E. Warner, Jr. | George@warnerlawmn.com |
| Hille R. Sheppard | hsheppard@sidley.com |
| James A. Fortosis | jfortosis@sidley.com |
| James S. Alexander | jim.alexander@usdoj.gov |
| John Harper, III | jharper@messerlikramer.com |
| John E. Birkenheier | birkenheierj@sec.gov |
| Jonathan T. Shepard | jshepard@pryorcashman.com |
| Joshua A. Hasko | jhasko@messerlikramer.com |
| Laura Schwalbe | laura.schwalbe@wilmerhale.com |
| Mackenzie L. Shea | mackenzie.shea@klgates.com |
| Mark Borrelli | mborrelli@sidley.com |
| Michael A. Rosow | mrosow@winthrop.com |
| Ranelle Leier | rleier@oppenheimer.com |
| Robert M. Fleisher | rfleischer@pryorcashman.com |
| Sally J. Hewitt | hewitts@sec.gov |
| Sanket J. Bulsara | sanket.bulsara@wilmerhale.com |
| Sofia A. Estrellado | sestrellado@winthrop.com |
| Stephen Curtis Carlson | scarlson@sidley.com |
| Thomas H. Boyd | tboyd@winthrop.com |
| Thomas J. Radio | tradio@bestlaw.com |

Timothy S. Leiman            leimant@sec.gov

Date: June 20, 2013

*/s/ Laura Schwalbe*
Laura Schwalbe (Reg. No. 1011907)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6000
laura.schwalbe@wilmerhale.com
(admitted *pro hac vice*)

Attorney for Defendants