UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARLON QUAN, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:  CIVIL NO. 11-723 (ADM-JSM)<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(c) AND (e)

Counsel for defendants Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC hereby certifies that its Memorandum in Support of its Motion to Exclude Expert Opinion Testimony of Michael Mayer and Of Thirteen Fact Witnesses contains 10,458 words and therefore complies with Local Rule 7.1(c). The word count was calculated using the counting function of Microsoft Word 2010, the word processing program used to prepare the brief, and includes headings, footnotes, and quotations. The brief also uses size 13 font type in compliance with Local Rule 7.1(e).

Dated: June 20, 2013

_____
Laura K. Schwalbe