# Exhibits to Defendants' Motion In Opposition to the Securities and Exchange Commission's Motion for Partial Summary Judgment

1. Declaration of Marlon Quan (June 24, 2013)
2. Deposition of Sandeep Srinath dated August 8, 2012
3. Deposition of Mark Sullivan dated August 9, 2012
4. Deposition of Paul Seidenwar dated March 3, 2010
5. Deposition of Domenic Miele dated March 2, 2010
6. Deposition of Marlon Quan dated August 26, 2010
7. Lockbox Agreement
8. Deposition of Matthew Lyon dated December 4, 2012
9. Deposition of Jules Pomerantz dated December 11, 2012
10. Deposition of John-Paul Bailey dated March 12, 2013
11. Deposition of John Ruggiero dated October 16, 2012
12. Deposition of Robert Bucci dated Aug. 27, 2010
13. Deposition of Dominick Ruggiero dated August 7, 2012
14. November 16, 2005 e-mail chain between Mr. Quan and DZ Bank
15. Deposition of Michael Mayer dated May 9, 2013
16. Deposition of Richard Feldman dated December 17, 2012
17. Deposition of Marlon Quan dated Dec. 8, 2009
18. April; 7, 2011 Declaration of M. Quan
19. Deposition of Stanley Fishkin dated Nov. 27, 2012
20. E-mail bates-stamped SIASEC 00416408-09
21. E-mail from John Ruggiero to Marlon Quan and Stanley Fishkin dated March 10, 2008
22. May 1, 2006 PPM for SCAF LLC