**Exhibits to Defendants' Reply Memorandum In Support of Motion
for Partial Summary Judgment On Behalf of Defendant Marlon Quan**

1. Flores Due Diligence (June 16, 2003)
2. Deposition of Marlon Quan dated August 26, 2010
3. E-mail from Don Lagermeier to Domenic Miele dated March 5, 2007
4. Deposition of Jeffrey Marshall dated December 7, 2012
5. Deposition of Jules Pomerantz dated December 11, 2012
6. PWC Interim Report dated December 15, 2010
7. Deposition of Mark Sullivan dated August 9, 2012
8. Deposition of Marlon Quan dated December 8, 2009