## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

```
- - - - - - - - - - - - - - - - - - - - - - - - - -  x
UNITED STATES SECURITIES           :
AND EXCHANGE COMMISSION,           :   CIVIL ACTION
                                   :   0:11-cv-00723-ADM-JSM
           Plaintiff,              :
                                   :
     v.                            :
                                   :
MARLON QUAN, et al.,               :
                                   :
           Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## EXHIBITS TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| 1 | January 7, 2013 | Expert Report of Michael Mayer |
| 2 | May 9, 2013 | Excerpts from Deposition Transcript of Michael Mayer |
| 3 | December 7, 2012 | Excerpts from Deposition Transcript of Jeffrey Marshall |
| 4 | January 7, 2013 | Plaintiff's Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)(B) and (C) |

Respectfully submitted,

Dated: July 11, 2013          s/ John E. Birkenheier

John E. Birkenheier (IL #6270993)
U.S. Securities & Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
T. (312) 353-7390
F. (312) 353-7398
birkenheierj@sec.gov