# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

------------------------------ x
U.S. Securities and Exchange Commission,

      Plaintiff,

  v.

Marlon Quan; Acorn Capital Group, LLC; Stewardship Investment Advisors, LLC; Stewardship Credit Arbitrage Fund, LLC; Putnam Green, LLC; Livingston Acres, LLC; and ACG II, LLC,

      Defendants,

Florene Quan,

      Relief Defendant,

Nigel Chatterjee; DZ Bank AG Deutsche Zentra-Genossenschaftsbank, Frankfurt am Main ("DZ Bank"); Sovereign Bank; Topwater Exclusive Fund III, LLC; Freestone Low Volatility Partners, LP; and Freestone Low Volatility Qualified Partners, LP,

      Intervenors,

  and

Gary Hansen,

      Receiver.

------------------------------ x

Civil No. 11-723-ADM/JSM

**EXHIBITS TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REPLY TO INTERVENORS' OPPOSITION TO THE RECEIVER'S MOTION FOR APPROVAL OF STIPULATION REGARDING STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC AND LIVINGSTON ACRES, LLC**

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| A | November 13, 2007 | Excerpts from Loan Finance and Security Agreement among Putnam Green, Livingston Acres, Autobahn Funding, DZ Bank, and U.S. Bank National Association |
| B | November 13, 2007 | Excerpts from Purchase and Contribution Agreement between SCAF, LLC and Putnam Green |

Respectfully Submitted,

**U.S. SECURITIES & EXCHANGE COMMISSION**

Dated: July 12, 2013

s/ Sally J. Hewitt
John E. Birkenheier (IL #6270993)
Charles J. Kerstetter (PA #67088)
Sally J. Hewitt (IL #6193997)
Timothy S. Leiman (IL #6270153)
Attorneys for Plaintiff
U.S. Securities & Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
T. (312) 353-7390
F. (312) 353-7398
birkenheierj@sec.gov
kerstetterc@sec.gov
hewitts@sec.gov
leimant@sec.gov

James Alexander
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse

300 South Fourth Street
Minneapolis, MN
T. 612-664-5600
F. 612-664-5788

Local Counsel