# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES SECURITIES :
AND EXCHANGE COMMISSION, :
          :
   Plaintiff,    :
          :
  v.        :
          :  CIVIL ACTION
MARLON QUAN, ACORN  :  0:11-cv-00723-ADM-JSM
CAPITAL GROUP, LLC and :
STEWARDSHIP INVESTMENT :
ADVISORS, LLC,   :
          :
   Defendants,  :
          :
   and     :
          :
FLORENE QUAN,   :
          :
   Relief Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF HEARING ON PLAINTIFF SECURITIES & EXCHANGE COMMISSION'S MOTION TO UNSEAL FILINGS RELATED TO SUMMARY JUDGMENT MOTIONS

Please take notice that on July 24, 2013 at 9:00 a.m. (CST), or as soon thereafter as counsel may be heard, in front of the Honorable Judge Ann D. Montgomery, 300 South 4th Street, United States Courthouse, Courtroom 13 W, Minneapolis, MN, 55415, Plaintiff U.S. Securities & Exchange Commission (the "Commission") will present its Motion to Unseal Filings Related to Summary Judgment Motions.

Respectfully Submitted,

**U.S. SECURITIES & EXCHANGE
COMMISSION**

Dated: July 18, 2013

_____

John E. Birkenheier (IL #6270993)
Charles J. Kerstetter (PA #67088)
Sally J. Hewitt (IL #6193997)
Attorneys for Plaintiff
U.S. Securities and Exchange
Commission
Chicago Regional Office
175 West Jackson Blvd.
Suite 900
Chicago, Illinois 60604
T. (312) 353-7390
F. (312) 353-7398
birkenheierj@sec.gov
kerstetterc@sec.gov
hewitts@sec.gov

James Alexander
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN
T. 612-664-5600
F. 612-664-5788

Local Counsel