# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

------------------------------ x

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

      Plaintiff,

  v.

MARLON QUAN, et al.,

      Defendants,

FLORENE QUAN,

      Relief Defendant,

  and

DZ BANK AG DEUTSCHE ZENTRAL-
GENOSSENSCHAFTSBANK,
FRANKFURT AM MAIN ("DZ
BANK"), et al.,

      Intervenors.

------------------------------ x

CIVIL ACTION
0:11-cv-00723-ADM-JSM

## MEET AND CONFER STATEMENT

Counsel for the Securities and Exchange Commission certifies that it has conferred with counsel for the Defendants and with counsel for two affected third-party witnesses in relation to its **Motion to Unseal Filings Related to Summary Judgment Motions.** Counsel for the Defendants and one of the affected third-party witnesses have indicated that they have no objection to the motion. Counsel for the remaining third-party witness has not yet determined whether his client will object. The SEC has informed counsel for that witness that – if they have any objection to the unsealing of

the SEC's filings – they should submit such an objection to the Court in advance of the July 24, 2013 hearing in this case.

                                                   s/ Timothy S. Leiman
                                                 Timothy S. Leiman
                                                 U.S. Securities and Exchange Commission
                                                 175 W. Jackson Boulevard, Suite 900
                                                 Chicago, IL  60604
                                                 (312) 353-3590 (telephone)
July 18, 2013                                 (312) 353-7398 (facsimile)