**Exhibits to Defendants' Reply Memorandum In Support of Defendants'
Motion To Exclude Expert Opinion Testimony of Michael Mayer
and of Thirteen Fact Witnesses**

1. Plaintiff SEC's Supplemental Rule 26(a)(1) Disclosures (October 22, 2012)
2. Plaintiff SEC's Supplemental Disclosures Under FRCP 26(a)(1) and 26(a)(2) (January 31, 2013)
3. Plaintiff's Initial Disclosures (May 8, 2012)