## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

U.S. Securities and Exchange Commission,     Civil No. 11-723 (ADM/JSM)

          Plaintiff,

  v.

Marlon Quan, Acorn Capital Group,
LLC, Stewardship Investment
Advisors, LLC, Stewardship Credit
Arbitrage Fund, LLC, Putnam Green,
LLC, Livingston Acres, LLC, and
ACG II, LLC,

          Defendants,

Florene Quan,

          Relief Defendant,

Nigel Chatterjee,

          Intervenor,

DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main,

          Intervenor,

Sovereign Bank,

          Intervenor,

Topwater Exclusive Fund III, LLC,
Freestone Low Volatility Partners, LP and
Freestone Low Volatility Qualified Partners, LP

          Intervenors,

    and

Gary Hansen,

          Receiver.

_____

## CERTIFICATE OF SERVICE OF PROPOSED ORDER

I hereby certify that on August 2, 2013, I caused the Proposed Order for the:

*Motion of Receiver Gary Hansen to Approve Payments for Oppenheimer Wolff & Donnelly LLP; Affidavit of Gary Hansen In Support of Fee Application for Oppenheimer Wolff & Donnelly LLP*

to be filed with the court via email to the following judge who is hearing the motion:

*The Honorable Ann D. Montgomery*

And I certify that I caused a copy of the Proposed Order to be e-mailed as noted below, to the following:

| | |
|---|---|
| Ben M. Krowicki | ben.krowicki@bingham.com |
| Brian R. Michael | brian.michael@wilmerhale.com |
| Bruce E. Coolidge | bruce.coolidge@wilmerhale.com |
| Charles A. Dale , III | chad.dale@klgates.com |
| Charles J. Kerstetter | kerstetterc@sec.gov |
| Daniel C. Beck | dbeck@winthrop.com |
| Eric M. Fishman | efishman@pryorcashman.com |
| George E. Warner, Jr. | George@warnerlawmn.com |
| Hille R. Sheppard | hsheppard@sidley.com |
| James A. Fortosis | jfortosis@sidley.com |
| James S. Alexander | jim.alexander@usdoj.gov |
| John Harper , III | jharper@messerlikramer.com |
| John E. Birkenheier | birkenheierj@sec.gov |
| Jonathan T. Shepard | jshepard@pryorcashman.com |
| Joshua A. Hasko | jhasko@messerlikramer.com |
| Laura Schwalbe | laura.schwalbe@wilmerhale.com |
| Mackenzie L. Shea | mackenzie.shea@klgates.com |
| Mark Borrelli | mborrelli@sidley.com |
| Michael A. Rosow | mrosow@winthrop.com |
| Robert M. Fleisher | rfleischer@pryorcashman.com |
| Sally J. Hewitt | hewitts@sec.gov |
| Sanket J. Bulsara | Sanket.Bulsara@wilmerhale.com |
| Sofia A. Estrellado | sestrellado@winthrop.com |
| Stephen Curtis Carlson | scarlson@sidley.com |
| Thomas H. Boyd | tboyd@winthrop.com |
| Thomas J. Radio | tradio@bestlaw.com |

| | |
|---|---|
| Timothy S. Leiman | leimant@sec.gov |

Date:  August 2, 2013    **OPPENHEIMER WOLFF & DONNELLY LLP**

By:  s/ Gary Hansen
     Gary Hansen (#40617)

Campbell Mithun Tower - Suite 2000
222 South Ninth Street
Minneapolis, Minnesota  55402-3338
Telephone:  (612) 607-7000
Fax Telephone:  (612) 607-7100
E-Mail:  *ghansen@oppenheimer.com*

**RECEIVER FOR STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, PUTNAM GREEN, LLC, AND LIVINGSTON ACRES, LLC**

3009243  v.1