# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| U.S. Securities and Exchange Commission, | Civil No. 11-723 (ADM/JSM) |
| Plaintiff, | |
| v. | |
| Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, Stewardship Credit Arbitrage Fund, LLC, Putnam Green, LLC, Livingston Acres, LLC, and ACG II, LLC, | |
| Defendants, | |
| Florene Quan, | |
| Relief Defendant, | |
| Nigel Chatterjee, | |
| Intervenor, | |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main, | |
| Intervenor, | |
| Sovereign Bank, | |
| Intervenor, | |
| Topwater Exclusive Fund III, LLC, Freestone Low Volatility Partners, LP and Freestone Low Volatility Qualified Partners, LP, | |
| and | |
| Gary Hansen, | |
| Receiver. | |

_____

## AFFIDAVIT OF GARY HANSEN IN SUPPORT OF FEE APPLICATION FOR OPPENHEIMER WOLFF & DONNELLY LLP

STATE OF MINNESOTA )
                               ) SS
COUNTY OF HENNEPIN )

      Gary Hansen, being first duly sworn, deposes and states:

      1.      I am an attorney with the law firm of Oppenheimer Wolff & Donnelly LLP and am the Receiver for Stewardship Credit Arbitrage Fund, LLC, Livingston Acres, LLC and Putnam Green, LLC.

      2.      I have received a statement from Oppenheimer Wolff & Donnelly LLP describing work performed by the Receiver and his agents during August 2013. The statement will be provided to the Court for *in camera* review. The statement includes the date when work was performed, the name of the person performing the work, the time expended, and a detailed description of the work. The statement sets out the amount of compensation requested for the work performed. It reflects a total of 22.65 hours, total fees of $9,790.50, and a total amount due of $9,790.50.

      3.      The statement also reflects the following with respect to the professionals providing services:

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Gary Hansen | 5.60 | $500 | $2,800.00 |
| Ranelle Leier | 17.05 | $410 | $6,990.50 |

      4.      I have reviewed the itemized statement describing services provided by Oppenheimer and certify that all of the stated work was actually performed and was

2

necessary to fulfill the duties and responsibilities of the Receiver. Any unnecessary or duplicative services were omitted from the statement.

5.  I request Court approval of the Receiver's fee application in favor of the law firm of Oppenheimer Wolff & Donnelly LLP in the amount of $9,790.50.

FURTHER AFFIANT SAYETH NOT.

                                              s/ Gary Hansen
                                              Gary Hansen

Subscribed and sworn to before me
this 18th day of September, 2013.

s/ Susan R. Koreltz
      Notary Public
My Commission Expires:  Jan. 31, 2015