UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

U.S. Securities and Exchange Commission,   Civil No. 11-723 (ADM/JSM)

        Plaintiff,

  v.

Marlon Quan, Acorn Capital Group,
LLC and Stewardship Investment
Advisors, LLC, Stewardship Credit
Arbitrage Fund, LLC, Putnam Green,
LLC, Livingston Acres, LLC, and
ACG II, LLC,

        Defendants,

Florene Quan,

        Relief Defendant,

Nigel Chatterjee,

        Intervenor,

DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main,

        Intervenor,

Sovereign Bank,

        Intervenor,

Topwater Exclusive Fund III, LLC,
Freestone Low Volatility Partners, LP and
Freestone Low Volatility Qualified Partners, LP,

    and

Gary Hansen,

        Receiver.
_____

# AFFIDAVIT OF GARY HANSEN IN SUPPORT OF FEE APPLICATION FOR OPPENHEIMER WOLFF & DONNELLY LLP

STATE OF MINNESOTA )
                    ) SS
COUNTY OF HENNEPIN )

Gary Hansen, being first duly sworn, deposes and states:

1. I am an attorney with the law firm of Oppenheimer Wolff & Donnelly LLP and am the Receiver for Stewardship Credit Arbitrage Fund, LLC, Livingston Acres, LLC and Putnam Green, LLC.

2. I have received a statement from Oppenheimer Wolff & Donnelly LLP describing work performed by the Receiver and his agents during September 2013. The statement will be provided to the Court for *in camera* review. The statement includes the date when work was performed, the name of the person performing the work, the time expended, and a detailed description of the work. The statement sets out the amount of compensation requested for the work performed. It reflects a total of 31.00 hours, total fees of $11,558.00, and a total amount due of $11,670.00.

3. The statement also reflects the following with respect to the professionals providing services:

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Gary Hansen | 3.00 | $500 | $1,500.00 |
| Ranelle Leier | 12.20 | $410 | $5,002.00 |
| Archana Nath | 15.80 | $320 | $5,056.00 |

4. I have reviewed the itemized statement describing services provided by Oppenheimer and certify that all of the stated work was actually performed and was

2

necessary to fulfill the duties and responsibilities of the Receiver.  Any unnecessary or duplicative services were omitted from the statement.

5. I request Court approval of the Receiver's fee application in favor of the law firm of Oppenheimer Wolff & Donnelly LLP in the amount of $11,670.00.

FURTHER AFFIANT SAYETH NOT.

                                                    s/ Gary Hansen  
                                                    Gary Hansen

Subscribed and sworn to before me
this 31st day of October, 2013.

s/ Susan R. Koreltz
      Notary Public
My Commission Expires:  Jan. 31, 2015