UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

U.S. Securities and Exchange Commission,          Civil No. 11-723 ADM/JSM

                Plaintiff,

   v.

Marlon Quan; Acorn Capital Group,
LLC; Stewardship Investment
Advisors, LLC; Stewardship Credit
Arbitrage Fund, LLC; Putnam Green,
LLC; Livingston Acres, LLC; and
ACG II, LLC;

                Defendants,

Florene Quan,

                Relief Defendant,

Nigel Chatterjee; DZ Bank AG Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main; Sovereign Bank;
Topwater Exclusive Fund III, LLC;
Freestone Low Volatility Partners,
LP; and Freestone Low Volatility
Qualified Partners, LP;

                Intervenors,

   and

Gary Hansen,

                Receiver.
_____

**ORDER FOR AUTHORIZATION TO MAKE PAYMENTS TO
OPPENHEIMER WOLFF & DONNELLY LLP**

This matter is before the Court pursuant to the Motion [Docket No. 349] of Receiver Gary Hansen (the "Receiver") for an order authorizing him to make interim payments for legal services provided to the Receiver by Oppenheimer Wolff & Donnelly LLP and for the services of the Receiver during September 2013.  No objections were filed.

Based on the pleadings, files and records herein, including the Court's *in camera* review of the detailed invoices, the Court finds the requested fees to be reasonable and necessary.

Accordingly, **IT IS HEREBY ORDERED THAT**:

The Receiver's Motion [Docket No. 349] is GRANTED.  The Receiver is authorized to make payment to Oppenheimer Wolff & Donnelly LLP in the amount of $11,670.00.

                                            BY THE COURT:

                                            <u>     s/Ann D. Montgomery     </u>
                                            ANN D. MONTGOMERY
                                            U.S. DISTRICT JUDGE

Dated:  November 8, 2013.