# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA



CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U.S. COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612. 664.5090

November 27, 2013

Bruce E. Coolidge, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC   20006

John E. Berkenheier, Esq.
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL   60604

Gary Hansen, Esq.
Oppenheimer Wolff & Donnelly LLP
222 South Ninth Street
Minneapolis, MN   55402

VIA CM/ECF

**RE: UNITED STATES SECURITIES AND EXCHANGE COMMISSION v. QUAN
CIVIL CASE NO. 11-723 ADM/JSM**

Counsel:

    I have reviewed your letters [Docket Nos. 357, 358, and 359] addressing the defendant and relief defendants' request for a two-month continuance of the January 27, 2014 trial date in the above referenced case.  Based on the scheduling complications raised by the request, including conflicts with the Court's own schedule and upcoming trials, the request for a continuance will not be granted.

Very truly yours,

s/Ann D. Montgomery

Ann D. Montgomery